# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : : : |
| Plaintiff, | : Civil Action No. 1:14-cv03030-RWS |
| v. | : : : |
| ZHUNRIZE, INC., and JEFF PAN, | : : : |
| Defendants. | : : |

## DECLARATION OF KRISTIN B. WILHELM

I, Kristin B. Wilhelm, pursuant to 28 U.S.C. § 1746, do hereby declare as follows:

1. I am an attorney licensed in the state of Georgia. I have been licensed in Georgia since 2000.

2. I am employed as a Senior Trial Counsel in the Division of Enforcement of the United States Securities and Exchange Commission (the "Commission") at the Commission's regional office in Atlanta, Georgia.

3.  This declaration is submitted in support of the Securities and Exchange Commission's Application for the Appointment of a Receiver and Other Relief.

4.  I am lead counsel in this matter. After the preliminary injunction hearing in this matter, I sent Defendants a letter requesting information about Zhunrize's product sales. Defendants completed their response to that request on October 31, 2014. Included in the data provided was information about Zhunrize's monthly profits from product sales and monthly hosting fees paid by investors.

5.  During communications with Zhunrize's counsel, H. Grady Thrasher, in November, I learned that Zhunrize has been unable to obtain a merchant credit card processor to handle its credit card transaction. It is my understanding that as a result of its inability to contract with a credit card processor, Zhunrize has not been able to complete any product sales.

6.  Given Zhunrize's inability to make any product sales, I agreed to an extension of the hearing date until December 22, 2014 to give Zhunrize the opportunity to find a credit card processor. I have received no information from Zhunrize indicating that they have obtained a credit card processor.

7.  One of the conditions I placed on my agreement to move the hearing date was that Zhunrize provide copies of its bank account statements for its foreign

accounts. I communicated this condition during a call with Mr. Thrasher on November 17, 2014. I reiterated the request via email on November 21, 2014. I have not received any bank statements from Zhunrize.

8. Pursuant to the temporary restraining order entered by the Court on September 22, 2014, Defendants were required to provide an accounting of all investor funds. Defendants have not provided such an accounting.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 10, 2014.

*Kristin B. Wilhelm*
Kristin B. Wilhelm
Senior Trial Counsel
United States Securities and Exchange Commission