# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : <br> : <br> : |
| Plaintiff, | :    Civil Action No. 1:14-cv03030-RWS |
| v. | : <br> : |
| ZHUNRIZE, INC., and JEFF PAN, | : <br> : <br> : |
| Defendants. | : <br> : |

## DECLARATION OF KRYSTA M. CANNON

I, Krysta M. Cannon, pursuant to 28 U.S.C. § 1746, do hereby declare as follows:

1. I am an accountant licensed in the state of Georgia. I have been licensed in Georgia since 2000.

2. I am employed as an Accountant in the Division of Enforcement of the United States Securities and Exchange Commission (the "Commission") at the Commission's regional office in Atlanta, Georgia.

3. This declaration is submitted in support of the Securities and Exchange Commission's Application for the Appointment of a Receiver and Other Relief.

4. I am the accountant assigned to this matter. Prior to the preliminary injunction hearing in this matter, I was asked to analyze data provided by Zhunrize about the revenue it generated from product sales. Based on that data, I concluded that the expenses associated with Zhunrize's operations far exceeded the various product sales revenue numbers provided by Zhunrize.

5. After the preliminary injunction hearing in this matter, Defendants provided data to the Staff in response to our request. I was asked to analyze the data provided by Defendants. Based on my review of the data, I reached the conclusions set forth below:

6. For the nine months ended September 30, 2014, Zhunrize provided data that indicated $3,039,962 in revenue from product sales. The data show a gross profit (pre-commission) of $160,380, or 5% of product revenue, which would indicate a cost of products sold (or more commonly referred to as cost of goods sold, "COGS") of 95%. (See Ex. 1, attached hereto, at Table I.)

7. I calculated that commissions of $651,971, or 21% of product revenue, were owed to investors, resulting in a net loss on product sales of

($491,591), or (16%). It is my understanding that these numbers do not include non-direct expenses and are based upon direct cost of goods sold only. Other expenses involved with marketing, maintenance, and administrative support would increase costs accordingly. (Id. at Table II.)

8. Specifically, for August 2014, Zhunrize owed commissions of $118,886 on product sales of $514,328, resulting in a net loss of ($73,383). August commissions represented 23% of product revenue. (Id. at Table II, shaded portion.)

9. In September 2014, Zhunrize owed commissions of $233,868 on product sales of $969,586, resulting in a net loss of ($96,032). September commissions represented 24% of product revenue. (Id.)

10. For the nine months ended September 30, 2014, Zhunrize owed commissions of $651,971 on gross profits from product sales of $160,380. Calculated commissions of $651,971 represent 407% of gross profit resulting from product sales. (Id. at Table III.)

11. Specifically, in August 2014, Zhunrize owed commissions of $118,886, or 261%, of the gross profit of $45,503. (Id., shaded portion.)

12. In September 2014, Zhunrize owed commissions of $233,868, or 170%, of the gross profit of $137,836. (Id.)

3

13. The Company data show hosting fee revenue of $19,854,380 for the nine months ended September 30, 2014. For the months of August and September, the hosting fee revenue totaled $4,526,185 and $4,343,590, respectively. (Id. at Table IV.)

14. In August and September 2014, hosting fee revenue exceeded product revenue by $4,011,857 and $3,374,004, respectively. For the nine months ended September 30, 2014, hosting fee revenue exceeded product revenue by a total of $16,814,318, or 553%. (Id., shaded portion.)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 9, 2014.

_____
Krysta M. Cannon
Accountant
United States Securities and Exchange Commission

4

Exhibit 1

Table I – Product Revenue, Calculated COGS, and Gross Profit by Month, as a percentage of Product Revenue, for the nine months ended September 30, 2014.

|  | Product Revenue | $ COGS | COGS as % of Revenue | $ Gross Profit | Gross Profit as % of Revenue |
|---|---|---|---|---|---|
|  |  | Less COGS (Calculated) |  | Gross Profit (Loss) |  |
| January | $ 37,340 | $ 38,217 | 102% | $ (877) | -2% |
| February | 57,470 | 55,598 | 97% | 1,872 | 3% |
| March | 125,836 | 100,597 | 80% | 25,239 | 20% |
| April | 147,496 | 138,681 | 94% | 8,815 | 6% |
| May | 409,473 | 446,943 | 109% | (37,470) | -9% |
| June | 451,151 | 514,881 | 114% | (63,730) | -14% |
| July | 327,282 | 284,090 | 87% | 43,192 | 13% |
| August | 514,328 | 468,825 | 91% | 45,503 | 9% |
| September | 969,586 | 831,750 | 86% | 137,836 | 14% |
|  | $ 3,039,962 | $2,879,582 | 95% | $160,380 | 5% |

Table II – Commission Expense and Net Loss by Month, as a percentage of Product Revenue, for the nine months ended September 30, 2014.

|  | Product Revenue | Commission Expense | | Net Loss | |
|---|---|---|---|---|---|
|  |  | $ Comm. | Commission as % of Revenue | $ Net Loss | Net Loss as % of Revenue |
| January | $ 37,340 | $ 4,778 | 13% | $ (5,655) | -15% |
| February | 57,470 | 9,663 | 17% | (7,791) | -14% |
| March | 125,836 | 29,178 | 23% | (3,939) | -3% |
| April | 147,496 | 27,363 | 19% | (18,548) | -13% |
| May | 409,473 | 74,658 | 18% | (112,128) | -27% |
| June | 451,151 | 83,673 | 19% | (147,403) | -33% |
| July | 327,282 | 69,904 | 21% | (26,712) | -8% |
| August | 514,328 | 118,886 | 23% | (73,383) | -14% |
| September | 969,586 | 233,868 | 24% | (96,032) | -10% |
|  | $3,039,962 | $ 651,971 | 21% | $ (491,591) | -16% |

Table III – Commission Expense as a percentage of Gross Profit of Product Revenue, for the nine months ended September 30, 2014.

|  | Product Revenue | Gross Profit | Commission Expense $ Comm. | Commission as % of Gross Profit |
|---|---|---|---|---|
| January | $ 37,340 | $ (877) | $ 4,778 | -545% |
| February | 57,470 | 1,872 | 9,663 | 516% |
| March | 125,836 | 25,239 | 29,178 | 116% |
| April | 147,496 | 8,815 | 27,363 | 310% |
| May | 409,473 | (37,470) | 74,658 | -199% |
| June | 451,151 | (63,730) | 83,673 | -131% |
| July | 327,282 | 43,192 | 69,904 | 162% |
| August | 514,328 | 45,503 | 118,886 | 261% |
| September | 969,586 | 137,836 | 233,868 | 170% |
|  | $3,039,962 | $160,380 | $651,971 | 407% |

Table IV – Hosting Fee Revenue compared with Product Revenue, for the nine months ended September 30, 2014.

|  | Hosting Fee Revenue | Product Revenue | Hosting Fee Revenue Less Product Revenue | Variance as % of Hosting Fee Revenue |
|---|---|---|---|---|
| January | $ 351,400 | $ 37,340 | $ 314,060 | 841% |
| February | 436,940 | 57,470 | 379,470 | 660% |
| March | 602,145 | 125,836 | 476,309 | 379% |
| April | 1,143,775 | 147,496 | 996,279 | 675% |
| May | 1,831,770 | 409,473 | 1,422,297 | 347% |
| June | 2,848,460 | 451,151 | 2,397,309 | 531% |
| July | 3,770,015 | 327,282 | 3,442,733 | 1052% |
| August | 4,526,185 | 514,328 | 4,011,857 | 780% |
| September | 4,343,590 | 969,586 | 3,374,004 | 348% |
|  | $19,854,280 | $3,039,962 | $16,814,318 | 553% |