# EXHIBIT D



**Michael Fuqua, Senior Managing Director**

Mr. Fuqua has over 25 years of experience in corporate finance, business valuation, strategic planning, forensic accounting, and turnaround management. Prior to joining GlassRatner, he held a number of positions in the financial services sector with institutions such as Toronto Dominion Bank, Security Pacific National Bank, and Wachovia. His unique mix of transactional and turnaround management skills are valuable resources to underperforming or companies in transition trying to accomplish a turnaround, develop a plan of reorganization, obtain financing, execute a corporate transaction, or conducting an investigation into financial fraud or mismanagement.

Mr. Fuqua has a broad range of capital market transaction experience ranging from the extension of bank credit for working capital to the structuring of more complex transactions such as leveraged buyouts, corporate recapitalizations, and structured risk management solutions. Representative transactions include:

- $5 billion acquisition financing for Fortune 500 consumer products company;
- $667 million leveraged recapitalization of a public PVC manufacturer;
- $130 million leveraged buyout of buildings product company;
- Sale of a $20 million plastics manufacturer;
- Structured CAD $100MM purchase price hedge for major U.S. pulp and paper company;
- Structured Euro hedge ladder for monthly repatriation of funds from US subsidiary to German parent.

In addition to capital markets experience and expertise, Mr. Fuqua also has significant forensic accounting experience. Representative forensic accounting tasks in completed assignments include:

- Reconstruction and analysis of cash flows;
- Investigating and analyzing cash flows for the purposes of recovering preferential payments in multiple bankruptcies;
- Solvency analysis;
- Asset tracing.

As part of the GlassRatner team, Mr. Fuqua has been involved in the following notable assignments:

- **Fiduciary**
    - SEC Receiver for a $28MM Ponzi scheme;
    - Federal Equity Receiver for a fraudulent debt collection scheme.

- **Forensic Accounting**
    - Accountants to the Receiver of multiple companies involved in prime banknote/Ponzi schemes;
    - Accountants to the Receiver of mortgage Ponzi scheme;
    - Financial consultant to the Examiner of Enron subsidiary, The New Power Company.

- **Bankruptcy**
    - Financial advisor for approximately 750 potential preferential avoidance actions;
    - Financial advisor to $80MM multi-location, home product, retail company;
    - Financial advisor to $30MM sub-prime auto leasing company;

- Successful liquidation of remaining assets of $800MM chemical company after sale of viable divisions. Assets included: emission credits, plants, real estate.

- **Solvency and Fraudulent Conveyance Litigation**
    - Transaction analysis and valuation of a bankrupt $80MM consumer goods manufacturer;
    - Transaction analysis of an insider bridge loan for a bankrupt $225MM manufacturer.

- **Turnaround**
    - Turnaround and sale of $20MM plastics manufacturer. Vendors and secured lender were paid in full;
    - Successful "right-sizing" of educational product manufacturer. Company has grown from $13MM in revenue to approximately $80MM;
    - Successful turnaround of $20 million wire manufacturer;

Mr. Fuqua earned both his undergraduate and graduate degrees at Duke University. He holds an AB in Economics as well as a MBA from Duke University's Fuqua School of Business.   He is a member of the Turnaround Management Association, the Association of Insolvency and Restructuring Advisors, and is a Certified Insolvency Restructuring Advisor.