**STANDARDIZED FUND ACCOUNTING REPORT for Estate of ZhunrizeReceivers Account - Cash Basis**
Receivership; Civil Court Docket No. 1:14-CV-3030-RWS
Reporting Period 12/19/2014 to 03/31/2015

| FUND ACCOUNTING (See Instructions): | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 12/19/2014): | - | | |
| | *Increases in Fund Balance:* | | | |
| Line 2 | Business Income | - | | |
| Line 3 | Cash and Securities | 45,695,546.95 | | |
| Line 4 | Interest/Dividend Income | - | | |
| Line 5 | Business Asset Liquidation | - | | |
| Line 6 | Personal Asset Liquidation | - | | |
| Line 7 | Third-Party Litigation Income | - | | |
| Line 8 | Miscellaneous - Other | - | | |
| | Total Funds Available (Lines 1 – 8): | | 45,695,546.95 | 45,695,546.95 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | - | - | |
| Line 10 | Disbursements for Receivership Operations | | | |
| Line 10a | Disbursements to Receiver or Other Professionals | | | |
| Line 10b | Business Asset Expenses | | | |
| Line 10c | Personal Asset Expenses | - | | |
| Line 10d | Investment Expenses | - | | |
| Line 10e | Third-Party Litigation Expenses | | | |
| | 1. Attorney Fees | - | | |
| | 2. Litigation Expenses | - | | |
| | Total Third-Party Litigation Expenses | - | | |
| Line 10f | Tax Administrator Fees and Bonds | - | | |
| Line 10g | Federal and State Tax Payments | - | | |
| | Total Disbursements for Receivership Operations | | - | |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator……………...…………….. | - | | |
| | Independent Distribution Consultant (IDC)……….…… | 10,000.00 | | |
| | Distribution Agent…………….....…………....… | - | | |
| | Consultants…………………....…………….. | 12,389.86 | | |
| | Legal Advisers……………….…………………. | - | | |
| | Tax Advisers…………………………………….. | - | | |
| | 2. Administrative Expenses | 429.50 | | |
| | 3. Miscellaneous | - | | |
| | Total Plan Development Expenses | | 22,819.36 | |
| Line 11b | *Distribution Plan Implementation Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator……………..……….……. | - | | |
| | IDC……………………………....…......……… | - | | |
| | Distribution Agent………….……………………. | - | | |
| | Consultants……………….………....………….. | - | | |
| | Legal Advisers…………………….....…………. | - | | |
| | Tax Advisers…………………………………….. | - | | |
| | 2. Administrative Expenses | - | | |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan……….……..……… | - | | |
| | Claimant Identification………………………….……. | - | | |
| | Claims Processing……………….…………………… | - | | |
| | Web Site Maintenance/Call Center……………..…... | - | | |
| | 4. Fund Administrator Bond | - | | |
| | 5. Miscellaneous | - | | |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | - | | |
| | Total Plan Implementation Expenses | | - | |
| | Total Disbursements for Distribution Expenses Paid by the Fund | | 22,819.36 | |
| Line 12 | Disbursements to Court/Other: | | | |
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | - | | |
| Line 12b | Federal Tax Payments | - | | |
| | Total Disbursements to Court/Other: | | - | |
| | Total Funds Disbursed (Lines 9 – 11): | | 22,819.36 | 22,819.36 |
| Line 13 | Ending Balance (As of 03/31/2015): | | | 45,672,727.59 |

9/08/08

**STANDARDIZED FUND ACCOUNTING REPORT for Estate of Zhunrize Receivers Account - Cash Basis**
Receivership; Civil Court Docket No. 1:14-CV-3030-RWS
Reporting Period 12/19/2014 to 03/31/2015

| Line | Description | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 14 | Ending Balance of Fund – Net Assets: | | | |
| Line 14a | Cash & Cash Equivalents | | | 45,672,727.59 |
| Line 14b | Investments | | | - |
| Line 14c | Other Assets or Uncleared Funds | | | |
| | **Total Ending Balance of Fund – Net Assets** | | | **45,672,727.59** |

**OTHER SUPPLEMENTAL INFORMATION:**

| Line | Description | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | *Report of Items NOT To Be Paid by the Fund:* | | | |
| Line 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund: | | | |
| Line 15a | Plan Development Expenses Not Paid by the Fund: | | | |
| | 1. Fees: | | | |
| |    Fund Administrator | - | | |
| |    IDC | - | | |
| |    Distribution Agent | - | | |
| |    Consultants | - | | |
| |    Legal Advisers | - | | |
| |    Tax Advisers | - | | |
| | 2. Administrative Expenses | - | | |
| | 3. Miscellaneous | - | | |
| | Total Plan Development Expenses Not Paid by the Fund | | - | |
| Line 15b | Plan Implementation Expenses Not Paid by the Fund: | | | |
| | 1. Fees: | | | |
| |    Fund Administrator | - | | |
| |    IDC | - | | |
| |    Distribution Agent | - | | |
| |    Consultants | - | | |
| |    Legal Advisers | - | | |
| |    Tax Advisers | - | | |
| | 2. Administrative Expenses | - | | |
| | 3. Investor Identification: | | | |
| |    Notice/Publishing Approved Plan | - | | |
| |    Claimant Identification | - | | |
| |    Claims Processing | - | | |
| |    Web Site Maintenance/Call Center | - | | |
| | 4. Fund Administrator Bond | - | | |
| | 5. Miscellaneous | - | | |
| | 6. FAIR Reporting Expenses | - | | |
| | Total Plan Implementation Expenses Not Paid by the Fund | | - | |
| Line 15c | Tax Administrator Fees & Bonds Not Paid by the Fund | | - | |
| | **Total Disbursements for Plan Administration Expenses Not Paid by** | | | - |
| Line 16 | Disbursements to Court/Other Not Paid by the Fund: | | | |
| Line 16a | Investment Expenses/CRIS Fees | - | | |
| Line 16b | Federal Tax Payments | - | | |
| | **Total Disbursements to Court/Other Not Paid by the Fund:** | | - | |
| Line 17 | **DC & State Tax Payments** | - | | |
| Line 18 | No. of Claims: | | | |
| Line 18a | # of Claims Received This Reporting Period | | | - |
| Line 18b | # of Claims Received Since Inception of Fund | | | - |
| Line 19 | No. of Claimants/Investors: | | | |
| Line 19a | # of Claimants/Investors Paid This Reporting Period | | | - |
| Line 19b | # of Claimants/Investors Paid Since Inception of Fund | | | - |

Receiver
By: _____
(signature)

Michael Fuqua
(printed name)

Receiver
(title)

Date: 4/30/2015

9/08/08

**STANDARDIZED FUND ACCOUNTING REPORT for** Estate of ZhunrizeReceivers Account - Cash Basis
Receivership; Civil Court Docket No. 1:14-CV-3030-RWS
Reporting Period 12/19/2014 to 03/31/2015

| Detail Of Line 3 - Cash And Securities | | | | | |
|---|---|---|---|---|---|
| Date | Account | Reference | Source | Purpose | Amount |
| 01/13/2015 | Receiver Account, Wells Fargo | Deposit | Bank of China, Hong Kong | Recover Funds | 9,965,255.24 |
| 01/15/2015 | Receiver Account, Wells Fargo | Deposit | Bank of America #6542 | Recover Funds | 17,979,681.14 |
| 01/26/2015 | Receiver Account, Wells Fargo | Deposit | Agricultural Bank China #6273 | Recover Funds | 2,408,462.02 |
| 01/27/2015 | Receiver Account, Wells Fargo | Deposit | Wells Fargo #3065 | Recover Funds | 4,593.61 |
| 01/27/2015 | Receiver Account, Wells Fargo | Deposit | Wells Fargo #0739 | Recover Funds | 15,024.24 |
| 01/27/2015 | Receiver Account, Wells Fargo | Deposit | Wells Fargo #0093 | Recover Funds | 181,788.59 |
| 01/27/2015 | Receiver Account, Wells Fargo | Deposit | Wells Fargo #9780 | Recover Funds | 171,269.69 |
| 02/06/2015 | Receiver Account, Wells Fargo | Deposit | EastWest Bank #2335 | Recover Funds | 4,820,111.06 |
| 02/06/2015 | Receiver Account, Wells Fargo | Deposit | EastWest Bank #1766 | Recover Funds | 4,584,160.28 |
| 02/06/2015 | Receiver Account, Wells Fargo | Deposit | Regions Bank #2487 | Recover Funds | 1,636,637.39 |
| 02/06/2015 | Receiver Account, Wells Fargo | Deposit | MetroCity Bank #3444 | Recover Funds | 3,514,995.00 |
| 02/06/2015 | Receiver Account, Wells Fargo | Deposit | EastWest Bank #3823 | Recover Funds | 4.47 |
| 02/06/2015 | Receiver Account, Wells Fargo | Deposit | MetroCity Bank #6711 | Recover Funds | 18,616.83 |
| 02/13/2015 | Receiver Account, Wells Fargo | Deposit | E*Trade #381 | Recover Funds | 532.29 |
| 02/13/2015 | Receiver Account, Wells Fargo | Deposit | BB&T #0442 | Recover Funds | 48,869.29 |
| 02/13/2015 | Receiver Account, Wells Fargo | Deposit | TD Ameritrade#9231 | Recover Funds | 224,436.21 |
| 02/26/2015 | Receiver Account, Wells Fargo | Deposit | National Bank of CA #5196 | Recover Funds | 121,109.60 |
| | | | | | $ 45,695,546.95 |

**STANDARDIZED FUND ACCOUNTING REPORT for Estate of Zhunrize Receivers Account - Cash Basis**
Receivership; Civil Court Docket No. 1:14-CV-3030-RWS
Reporting Period 12/19/2014 to 03/31/2015

| Detail Of Line 11a - Total Plan Development Expenses | | | | | |
|---|---|---|---|---|---|
| Date | Account | Reference | Payee | Purpose | Amount |
| 01/13/2015 | Receiver Account, Wells Fargo | | Wells Fargo | Bank Wire Fees | 16.00 |
| 01/26/2015 | Receiver Account, Wells Fargo | | Wells Fargo | Bank Wire Fees | 16.00 |
| 01/27/2015 | Receiver Account, Wells Fargo | | Wells Fargo | Check Order | 64.75 |
| 02/03/2015 | Receiver Account, Wells Fargo | | Wells Fargo | Check Order Refund | -64.75 |
| 02/13/2015 | Receiver Account, Wells Fargo | | Wells Fargo | Bank Wire Fees | 15.00 |
| 03/02/2015 | Receiver Account, Wells Fargo | 1002 | IOI Interlogic Outsourcing Inc | Process 2014 1099 & W-2 Forms | 290.50 |
| 03/02/2015 | Receiver Account, Wells Fargo | 1003 | Bank of America | Production Of Documents | 92.00 |
| 02/05/2015 | Receiver Account, Wells Fargo | 1001 | BMC Group Inc | Retainer for Claims Aministration and Website | 10,000.00 |
| 03/02/2015 | Receiver Account, Wells Fargo | 1004 | Vodaware Inc | Server Maintenance | 12,389.86 |
| | | | | | $ 22,819.36 |