# GlassRatner Advisory Capital Group, LLC
## Detail of Fees
### SEC v. Zhunrize Inc and Jeff Pan
#### December 19, 2014 through March 31, 2015

| Professional | Date | Description | Hours | Amount |
|---|---|---|---|---|
| **Asset Analysis & Recovery** | | | | |
| Michael Fuqua, CIRA | 12/22/14 | Call w/ GThrasher & JPan | 0.40 | $ 130.00 |
| Michael Fuqua, CIRA | 12/30/14 | Call to Grady Thrasher re: disclosure | 0.20 | $ 65.00 |
| Michael Fuqua, CIRA | 01/09/15 | Review Pan disclosure | 0.70 | $ 227.50 |
| Michael Fuqua, CIRA | 01/13/15 | Email correspondence w/JPan and counsel re: funds | 0.40 | $ 130.00 |
| Michael Fuqua, CIRA | 01/14/15 | Call w/GThraser & JOdom re:disclosure | 0.80 | $ 260.00 |
| Michael Fuqua, CIRA | 01/14/15 | Follow up call w/JOdom | 0.80 | $ 260.00 |
| Michael Fuqua, CIRA | 01/15/15 | Deliver and deposit $18MM BOA return of funds check | 0.50 | $ 162.50 |
| Michael Fuqua, CIRA | 01/16/15 | Call w/East West bank re: return of funds | 0.30 | $ 97.50 |
| Michael Fuqua, CIRA | 01/23/15 | Communications w/ HG Thrasher | 0.60 | $ 195.00 |
| Michael Fuqua, CIRA | 01/28/15 | Prepare data and correspondence to counsel re: funds held abroad | 0.20 | $ 65.00 |
| Michael Fuqua, CIRA | 01/28/15 | Call w/ counsel re: recovering overseas funds | 0.40 | $ 130.00 |
| Michael Fuqua, CIRA | 01/29/15 | Set up wire transfer capabilities for Receivership account | 0.70 | $ 227.50 |
| Michael Fuqua, CIRA | 02/19/15 | Email to JPan re: further disclosure | 0.30 | $ 97.50 |
| Michael Fuqua, CIRA | 02/20/15 | Correspondence w/RE appraiser | 0.20 | $ 65.00 |
| Michael Fuqua, CIRA | 02/20/15 | Email JPan re: home and car | 0.50 | $ 162.50 |
| Michael Fuqua, CIRA | 03/04/15 | Set up appraiser for house | 0.40 | $ 130.00 |
| Michael Fuqua, CIRA | 03/16/15 | Status call w/appraiser for JPan's house | 0.40 | $ 130.00 |
| | | **Total Asset Analysis & Recovery** | **7.80** | **$ 2,535.00** |
| **Business Analysis** | | | | |
| Michael Fuqua, CIRA | 12/23/14 | Calls and emails to TSpencer, KPerry, D Wax | 0.70 | $ 227.50 |
| Michael Fuqua, CIRA | 12/24/14 | Call and email w/D Ferris re: accounting and server | 0.40 | $ 130.00 |
| Michael Fuqua, CIRA | 12/24/14 | Meet w/T Spencer on site | 0.80 | $ 260.00 |
| Michael Fuqua, CIRA | 12/29/14 | Onsite reviewing and boxing up documents | 3.00 | $ 975.00 |
| Michael Fuqua, CIRA | 12/30/14 | Call w/ Marc Brachman re: operations and e-commerce | 0.30 | $ 97.50 |
| Michael Fuqua, CIRA | 12/30/14 | Call w/DWax re: activities at Zhunrize | 0.60 | $ 195.00 |
| Michael Fuqua, CIRA | 12/30/14 | Research contact information for D Wax - Zhunrize accountant | 1.10 | $ 357.50 |
| Michael Fuqua, CIRA | 12/31/14 | Onsite reviewing and boxing up documents | 6.80 | $ 2,210.00 |
| Michael Fuqua, CIRA | 01/02/15 | On-site document review and boxing up of documents found on premises | 8.00 | $ 2,600.00 |
| Michael Fuqua, CIRA | 01/05/15 | Prepare and send email correspondence to JPan | 0.20 | $ 65.00 |
| Michael Fuqua, CIRA | 01/05/15 | Onsite document review w/JOdom | 1.50 | $ 487.50 |
| Michael Fuqua, CIRA | 01/06/15 | Call w/office space landlord re: obtaining a copy of the lease | 0.30 | $ 97.50 |
| Michael Fuqua, CIRA | 01/08/15 | Call w/Detrick Childers - Zhunrize HR | 0.50 | $ 162.50 |
| Michael Fuqua, CIRA | 01/08/15 | Call w/Carter Adams | 0.50 | $ 162.50 |
| Michael Fuqua, CIRA | 01/08/15 | Prep for meeting w/DFarris-IT contractor | 0.60 | $ 195.00 |
| Michael Fuqua, CIRA | 01/08/15 | Post Farris meeting debrief w/JOdom and LC | 0.70 | $ 227.50 |
| Michael Fuqua, CIRA | 01/08/15 | Meeting w/DFarris | 0.80 | $ 260.00 |
| Michael Fuqua, CIRA | 01/09/15 | Call w/KMacDonald - Zhunrize operations mgr | 0.50 | $ 162.50 |
| Michael Fuqua, CIRA | 01/09/15 | Call w/KMacdonald re: 2 customers | 0.50 | $ 162.50 |
| Michael Fuqua, CIRA | 01/13/15 | Correspondence w/Counsel re: Vodaware contract | 0.70 | $ 227.50 |
| Michael Fuqua, CIRA | 01/14/15 | Call w/ Rackspace re: acquiring Zhunrize data | 0.30 | $ 97.50 |
| Michael Fuqua, CIRA | 01/16/15 | Prepare and send emails to: SPan and TSpencer requesting meeting | 0.30 | $ 97.50 |
| Michael Fuqua, CIRA | 01/19/15 | Meeting with Todd Spencer and JOdom | 1.50 | $ 487.50 |
| Michael Fuqua, CIRA | 01/19/15 | Post Spencer meeting review of QuickBooks data with JOdom | 1.60 | $ 520.00 |
| Michael Fuqua, CIRA | 01/20/15 | Review response to CAllen re: Vodaware | 0.30 | $ 97.50 |
| Michael Fuqua, CIRA | 01/20/15 | Research DOBA website | 0.40 | $ 130.00 |
| Michael Fuqua, CIRA | 01/20/15 | Prepare data request for WBerger | 0.70 | $ 227.50 |
| Michael Fuqua, CIRA | 01/25/15 | Continue Zhunrize document review | 1.20 | $ 390.00 |
| Michael Fuqua, CIRA | 01/28/15 | Communication w/counsel re: contractor interviews | 0.40 | $ 130.00 |
| Michael Fuqua, CIRA | 02/13/15 | Prepare corresondence and send information request to KPerry | 0.30 | $ 97.50 |
| Michael Fuqua, CIRA | 02/13/15 | Meeting w/Counsel and DWax; subsequent meeting w/Counsel and LC regarding same | 2.20 | $ 715.00 |
| Michael Fuqua, CIRA | 02/18/15 | Research payments made to vendor CG services | 0.40 | $ 130.00 |
| Michael Fuqua, CIRA | 03/02/15 | Meet w/KPerry re: data request | 2.00 | $ 650.00 |
| Michael Fuqua, CIRA | 03/09/15 | Visit office to confirm status of contents | 0.50 | $ 162.50 |
| Michael Fuqua, CIRA | 03/20/15 | Call w/KPerry re: Braintree data | 0.20 | $ 65.00 |
| Michael Fuqua, CIRA | 03/26/15 | Review files from KPerry | 0.60 | $ 195.00 |
| Michael Fuqua, CIRA | 03/26/15 | Call w/KPerry re: data files; subsequent meeting w/LClemente regarding same | 0.70 | $ 227.50 |
| | | **Business Analysis** | **42.10** | **$ 13,682.50** |
| **Case Administration** | | | | |
| Michael Fuqua, CIRA | 12/24/14 | Misc emails to JOdom | 0.20 | $ 65.00 |
| Michael Fuqua, CIRA | 12/29/14 | Meet w/LC re: set up Receivership bank account | 0.40 | $ 130.00 |
| Michael Fuqua, CIRA | 12/29/14 | Meet WF banker re: Receivership account set up | 0.50 | $ 162.50 |
| Michael Fuqua, CIRA | 01/05/15 | Call w/ MMashburn, SEC | 0.20 | $ 65.00 |
| Michael Fuqua, CIRA | 01/06/15 | Email and call to counsel | 0.20 | $ 65.00 |
| Michael Fuqua, CIRA | 01/06/15 | Correspondence w/CAllen re: Vodaplex meeting | 0.20 | $ 65.00 |
| Michael Fuqua, CIRA | 01/06/15 | Call w/vendor re: website proposal | 0.40 | $ 130.00 |

**GlassRatner Advisory Capital Group, LLC**
**Detail of Fees**
**SEC v. Zhunrize Inc and Jeff Pan**
**December 19, 2014 through March 31, 2015**

| Professional | Date | Description | Hours | Amount |
|---|---|---|---|---|
| Michael Fuqua, CIRA | 01/07/15 | Cursory review of Vodaplex/Zhunrize agreement | 0.50 | $ 162.50 |
| Michael Fuqua, CIRA | 01/08/15 | Prepare for meeting w/Zhunrize investors | 0.40 | $ 130.00 |
| Michael Fuqua, CIRA | 01/08/15 | Calls and emails with potential website vendors | 0.70 | $ 227.50 |
| Michael Fuqua, CIRA | 01/08/15 | Meet w/Zhunrize investors | 1.00 | $ 325.00 |
| Michael Fuqua, CIRA | 01/12/15 | Call w/ BMC | 0.40 | $ 130.00 |
| Michael Fuqua, CIRA | 01/12/15 | Vendor Calls re: Claim processing capabilities | 0.60 | $ 195.00 |
| Michael Fuqua, CIRA | 01/12/15 | Review CAdams email re: Racksace invoices and Vodaware/Zhunirze contract for performance language | 0.80 | $ 260.00 |
| Michael Fuqua, CIRA | 01/13/15 | Prepare and send email correspondence to counsel re: victim records | 0.60 | $ 195.00 |
| Michael Fuqua, CIRA | 01/14/15 | Email correspondence to JOdom re: website | 0.30 | $ 97.50 |
| Michael Fuqua, CIRA | 01/14/15 | Call w/BMC re: website specs | 0.40 | $ 130.00 |
| Michael Fuqua, CIRA | 01/16/15 | Work w/BMC re:website and claims process proposal | 0.60 | $ 195.00 |
| Michael Fuqua, CIRA | 01/16/15 | Prepare mail forwarding information at post office | 0.70 | $ 227.50 |
| Michael Fuqua, CIRA | 01/21/15 | Review and comment on motion to employ BMC | 0.30 | $ 97.50 |
| Michael Fuqua, CIRA | 01/21/15 | Emails and calls w/ counsel re:misc case issues | 0.50 | $ 162.50 |
| Michael Fuqua, CIRA | 01/21/15 | Prepare estimated cost of BMC's services | 0.50 | $ 162.50 |
| Michael Fuqua, CIRA | 01/22/15 | Email to JOdom re: possible claim offsets | 0.30 | $ 97.50 |
| Michael Fuqua, CIRA | 01/22/15 | Preparation of website information | 1.50 | $ 487.50 |
| Michael Fuqua, CIRA | 01/23/15 | Communications w/counsel re: vendor agreement | 0.60 | $ 195.00 |
| Michael Fuqua, CIRA | 01/23/15 | Continue work on website text | 2.50 | $ 812.50 |
| Michael Fuqua, CIRA | 01/27/15 | Communication w/BMC re: website | 0.20 | $ 65.00 |
| Michael Fuqua, CIRA | 01/27/15 | Misc communications w/ JOdom, CAllen, GThrasher | 0.40 | $ 130.00 |
| Michael Fuqua, CIRA | 01/27/15 | Finalize website text | 0.60 | $ 195.00 |
| Michael Fuqua, CIRA | 01/28/15 | Analyze investor complaint w/recovered data | 0.30 | $ 97.50 |
| Michael Fuqua, CIRA | 01/29/15 | Call w/Zhunrize investor | 0.30 | $ 97.50 |
| Michael Fuqua, CIRA | 01/29/15 | Communications w/counsel re: disclosures | 0.70 | $ 227.50 |
| Michael Fuqua, CIRA | 01/29/15 | Update website information | 0.80 | $ 260.00 |
| Michael Fuqua, CIRA | 01/30/15 | Call w/contractor re: payment | 0.10 | $ 32.50 |
| Michael Fuqua, CIRA | 01/30/15 | Call w/Investor | 0.20 | $ 65.00 |
| Michael Fuqua, CIRA | 01/30/15 | Correspondence w/BMC re: website | 0.30 | $ 97.50 |
| Michael Fuqua, CIRA | 01/30/15 | Communication w/counsel re: investor email blast and website | 0.40 | $ 130.00 |
| Michael Fuqua, CIRA | 02/02/15 | Call w/counsel re: vendor and contractor matters | 0.30 | $ 97.50 |
| Michael Fuqua, CIRA | 02/02/15 | Analysis of vendor contract for termination language and events | 0.50 | $ 162.50 |
| Michael Fuqua, CIRA | 02/02/15 | Meeting w/LC re:status update | 0.50 | $ 162.50 |
| Michael Fuqua, CIRA | 02/02/15 | Begin work on claims form | 0.80 | $ 260.00 |
| Michael Fuqua, CIRA | 02/03/15 | Comment on proposed vendor motion | 0.50 | $ 162.50 |
| Michael Fuqua, CIRA | 02/03/15 | Communications w/BMC re: claims form preparation | 0.60 | $ 195.00 |
| Michael Fuqua, CIRA | 02/03/15 | Prepare vendor contract termination communication | 0.80 | $ 260.00 |
| Michael Fuqua, CIRA | 02/04/15 | Follow up call w/BMC re: claim form revisions | 0.20 | $ 65.00 |
| Michael Fuqua, CIRA | 02/04/15 | Status call w/Counsel re: vendor motion | 0.30 | $ 97.50 |
| Michael Fuqua, CIRA | 02/04/15 | Claim form revision subject to BMC comments | 0.40 | $ 130.00 |
| Michael Fuqua, CIRA | 02/04/15 | Continued work on claims form revisions | 1.70 | $ 552.50 |
| Michael Fuqua, CIRA | 02/06/15 | Draft content for email blast | 0.60 | $ 195.00 |
| Michael Fuqua, CIRA | 02/09/15 | Investor call | 0.10 | $ 32.50 |
| Michael Fuqua, CIRA | 02/09/15 | Communication w/BMC re: email blast | 0.30 | $ 97.50 |
| Michael Fuqua, CIRA | 02/10/15 | Call w/JOdom re: vendor response to information requests | 0.40 | $ 130.00 |
| Michael Fuqua, CIRA | 02/10/15 | Review and comment on proposed motion | 0.60 | $ 195.00 |
| Michael Fuqua, CIRA | 02/13/15 | Calls w/WBerger, CAllen, JOdom | 0.50 | $ 162.50 |
| Michael Fuqua, CIRA | 02/18/15 | Correspondence w/investor | 0.40 | $ 130.00 |
| Michael Fuqua, CIRA | 02/19/15 | Research requirements for 468B settlement fund | 0.70 | $ 227.50 |
| Michael Fuqua, CIRA | 02/26/15 | Investor call | 0.10 | $ 32.50 |
| Michael Fuqua, CIRA | 02/26/15 | Review TRO modification for allowed payment language | 0.30 | $ 97.50 |
| Michael Fuqua, CIRA | 03/02/15 | Call w/ BMC re: claims form modification | 0.60 | $ 195.00 |
| Michael Fuqua, CIRA | 03/04/15 | Investor call | 0.10 | $ 32.50 |
| Michael Fuqua, CIRA | 03/16/15 | Compare data from Vodaware to proposed claim form | 0.40 | $ 130.00 |
| Michael Fuqua, CIRA | 03/20/15 | Review and comment on proposed vendor claim form | 0.40 | $ 130.00 |
| | | **Case Administration** | **31.70** | **$ 10,302.50** |

**Forensic Accounting**

| Professional | Date | Description | Hours | Amount |
|---|---|---|---|---|
| Michael Fuqua, CIRA | 12/24/14 | Email and calls w/K Perry re: shutdown of website | 0.40 | $ 130.00 |
| Michael Fuqua, CIRA | 01/05/15 | Review bank records; email w/ JOdom | 1.30 | $ 422.50 |
| Michael Fuqua, CIRA | 01/06/15 | Meeting with LC re: data analysis | 0.30 | $ 97.50 |
| Michael Fuqua, CIRA | 01/08/15 | Review QB information w/LC | 0.50 | $ 162.50 |
| Michael Fuqua, CIRA | 01/12/15 | Follow-up email to Propay GC re: data | 0.20 | $ 65.00 |
| Michael Fuqua, CIRA | 01/12/15 | Call w/ Propay re: providing data to Receivership | 0.30 | $ 97.50 |
| Michael Fuqua, CIRA | 01/13/15 | Call w/Propay counsel | 0.30 | $ 97.50 |
| Michael Fuqua, CIRA | 01/13/15 | Review QB investor names | 0.40 | $ 130.00 |
| Michael Fuqua, CIRA | 01/14/15 | Work with L Clemente re: cash tracking database | 0.20 | $ 65.00 |
| Michael Fuqua, CIRA | 01/14/15 | Work w/LClemente re: downloading QB information | 0.50 | $ 162.50 |
| Michael Fuqua, CIRA | 01/14/15 | Review QB files for onsite meeting w/DFarris & K MacDonald | 0.60 | $ 195.00 |

**GlassRatner Advisory Capital Group, LLC**
**Detail of Fees**
**SEC v. Zhunrize Inc and Jeff Pan**
**December 19, 2014 through March 31, 2015**

| Professional | Date | Description | Hours | Amount |
|---|---|---|---:|---:|
| Michael Fuqua, CIRA | 01/14/15 | Set up investor file from QB | 1.50 | $ 487.50 |
| Michael Fuqua, CIRA | 01/15/15 | Onsite post meeting review of findings and next steps | 1.70 | $ 552.50 |
| Michael Fuqua, CIRA | 01/15/15 | Onsite meeting w/counsel, DFarris, KMacdonald re: walk through Zhunrize software and server information | 3.60 | $ 1,170.00 |
| Michael Fuqua, CIRA | 01/16/15 | Work with L Clemente re: consolidation of bank account information | 0.50 | $ 162.50 |
| Michael Fuqua, CIRA | 01/16/15 | Begin data analysis of investor information and commission payments in QB | 1.30 | $ 422.50 |
| Michael Fuqua, CIRA | 01/16/15 | Begin data analysis of cash journal in QB | 1.80 | $ 585.00 |
| Michael Fuqua, CIRA | 01/19/15 | Meeting with LC regarding QB analysis | 0.50 | $ 162.50 |
| Michael Fuqua, CIRA | 01/19/15 | QuickBooks investor information analysis | 1.80 | $ 585.00 |
| Michael Fuqua, CIRA | 01/20/15 | Data review of SEC information requests | 2.70 | $ 877.50 |
| Michael Fuqua, CIRA | 01/21/15 | Review Beauty Resources invoices and notify them of receipt | 0.60 | $ 195.00 |
| Michael Fuqua, CIRA | 01/21/15 | Attempt to reconcile QB vendor information to data from various spreadsheets provided to the SEC | 0.70 | $ 227.50 |
| Michael Fuqua, CIRA | 01/22/15 | Review financial documents submitted to SEC by KPerry | 1.30 | $ 422.50 |
| Michael Fuqua, CIRA | 01/22/15 | Review documents submitted to SEC by DWax | 2.10 | $ 682.50 |
| Michael Fuqua, CIRA | 01/26/15 | Review of multiple bank information | 1.60 | $ 520.00 |
| Michael Fuqua, CIRA | 01/27/15 | Meeting w/LC re: bank statement data and analysis | 0.40 | $ 130.00 |
| Michael Fuqua, CIRA | 01/29/15 | Analysis of 2013 & 2014 income statements provided to SEC | 1.20 | $ 390.00 |
| Michael Fuqua, CIRA | 02/02/15 | Analyze DOBA invoices | 0.60 | $ 195.00 |
| Michael Fuqua, CIRA | 02/02/15 | Analyze DOBA payment history | 0.70 | $ 227.50 |
| Michael Fuqua, CIRA | 02/04/15 | Call w/Braintree re: subpoena request | 0.40 | $ 130.00 |
| Michael Fuqua, CIRA | 02/04/15 | Meeting w/LC re: status update | 0.50 | $ 162.50 |
| Michael Fuqua, CIRA | 02/06/15 | Scrub store owner email list for upload for email blast | 0.90 | $ 292.50 |
| Michael Fuqua, CIRA | 02/06/15 | Document review for store owner schedules | 1.50 | $ 487.50 |
| Michael Fuqua, CIRA | 02/09/15 | Call w/ Propay re: transaction information | 0.20 | $ 65.00 |
| Michael Fuqua, CIRA | 02/09/15 | Meeting w/LC re: status update | 0.50 | $ 162.50 |
| Michael Fuqua, CIRA | 02/11/15 | Working session w/LC; review recovered financial data; prepare questions for interview w/DWax | 1.50 | $ 487.50 |
| Michael Fuqua, CIRA | 02/16/15 | Review QB commission and refund files | 0.70 | $ 227.50 |
| Michael Fuqua, CIRA | 02/17/15 | Schedule review w/LC | 0.50 | $ 162.50 |
| Michael Fuqua, CIRA | 02/26/15 | Meet w/LC re: status of sources and uses analysis | 0.40 | $ 130.00 |
| Michael Fuqua, CIRA | 03/09/15 | Meeting w/LClemente re: data analysis | 0.40 | $ 130.00 |
| Michael Fuqua, CIRA | 03/10/15 | Data analysis: reconciliation of data in multiple files | 2.10 | $ 682.50 |
| Michael Fuqua, CIRA | 03/11/15 | Scope our data analysis methodology | 0.40 | $ 130.00 |
| Michael Fuqua, CIRA | 03/12/15 | Meeting w/LClemente re: data analysis | 0.20 | $ 65.00 |
| Michael Fuqua, CIRA | 03/16/15 | Meeting w/LClemente re: sources and uses analysis progress | 2.00 | $ 650.00 |
| Michael Fuqua, CIRA | 03/20/15 | Analyze financial data for post TRO until receivership | 1.20 | $ 390.00 |
| Michael Fuqua, CIRA | 03/23/15 | Analysis of Vodaware ownership transfer transaction | 1.80 | $ 585.00 |
| Michael Fuqua, CIRA | 03/25/15 | Calls to Amex | 0.20 | $ 65.00 |
| Michael Fuqua, CIRA | 03/25/15 | Meet w/LClemente re: status of sources and uses of funds | 0.40 | $ 130.00 |
| Michael Fuqua, CIRA | 03/27/15 | Work w/LClemente re: sources and uses | 0.60 | $ 195.00 |
| Michael Fuqua, CIRA | 03/30/15 | Meet w/LClemente re: data analysis | 0.30 | $ 97.50 |
| | | **Total Forensic Accounting** | **46.30** | **$ 15,047.50** |
| | | **Total** | **127.90** | **$ 41,567.50** |