# GlassRatner Advisory Capital Group, LLC
## Summary of Fees
## SEC v. Zhunrize Inc and Jeff Pan
## December 19, 2014 through March 31, 2015

| Category | Professional | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| **Asset Analysis & Recovery** | | | | |
| | Michael Fuqua, CIRA | 7.8 | $ 325.00 | $ 2,535.00 |
| **Total Asset Analysis & Recovery** | | **7.8** | | **$ 2,535.00** |
| | | | | |
| **Business Analysis** | | | | |
| | Michael Fuqua, CIRA | 42.1 | $ 325.00 | $ 13,682.50 |
| **Total Business Analysis** | | **42.1** | | **$ 13,682.50** |
| | | | | |
| **Case Administration** | | | | |
| | Michael Fuqua, CIRA | 31.7 | $ 325.00 | $ 10,302.50 |
| **Total Case Administration** | | **31.7** | | **$ 10,302.50** |
| | | | | |
| **Accounting/Auditing** | | | | $ - |
| | Laura Clemente | 8.0 | $ 195.00 | $ 1,560.00 |
| **Total Accounting/Auditing** | | **8.0** | | **$ 1,560.00** |
| | | | | |
| **Forensic Accounting** | | | | |
| | Michael Fuqua, CIRA | 46.3 | $ 325.00 | $ 15,047.50 |
| | Laura Clemente | 182.8 | $ 195.00 | $ 35,646.00 |
| | Neydi Lennard | 12.0 | $ 95.00 | $ 1,140.00 |
| | Alissa Graffius, JD | 57.8 | $ 195.00 | $ 11,271.00 |
| | Kate Bumburyak | 1.6 | $ 195.00 | $ 312.00 |
| **Total Forensic Accounting** | | **300.5** | | **$ 63,416.50** |
| | | | | |
| **Total** | | **390.1** | | **$ 91,496.50** |

**GlassRatner Advisory Capital Group, LLC**
**Detail of Expenses**
**SEC v. Zhunrize Inc and Jeff Pan**
**December 19, 2014 through March 31, 2015**

| Expense | Date | Description | Amount |
|---|---|---|---:|
| **Postage & Delivery** | | | |
| | 02/10/15 | FedEx - 2/3 - Funds Request E*Trade | $ 23.04 |
| | 02/10/15 | FedEx - 2/3 - Funds Request TD AmeriTrade | $ 23.04 |
| | 02/10/15 | FedEx - 2/5 - BMC Payment for Receivership Website | $ 27.41 |
| | 02/10/15 | FedEx - 2/9 - Funds Request National Bank of California | $ 27.41 |
| | 02/10/15 | FedEx - 2/9 - Funds Request American Express | $ 23.96 |
| | 02/10/15 | FedEx - 2/10 - Funds Request Merchant Services LTD | $ 22.45 |
| **Total Postage & Delivery** | | | **$ 147.31** |
| **Other** | | | |
| | 01/31/15 | Conference calls: 12/22 | $ 2.14 |
| | 01/31/15 | Pacer charges | $ 3.00 |
| | 02/26/15 | Pacer charges | $ 1.90 |
| | 03/31/15 | Pacer charges | $ 1.80 |
| **Total Other** | | | **$ 8.84** |
| | | **Total Expenses** | **$ 156.15** |

## GlassRatner Advisory Capital Group, LLC
### Detail of Fees
### SEC v. Zhunrize Inc and Jeff Pan
### December 19, 2014 through March 31, 2015

| Professional | Date | Description | Hours | Amount |
|---|---|---|---:|---:|
| **Accounting/Auditing** | | | | |
| Laura Clemente | 12/29/14 | Call with Wells Fargo regarding necessary documents to open receiver account | 0.50 | $ 97.50 |
| Laura Clemente | 12/29/14 | Meet with MF regarding opening Receivership Bank account | 0.40 | $ 78.00 |
| Laura Clemente | 12/29/14 | Open account at Wells Fargo | 0.50 | $ 97.50 |
| Laura Clemente | 12/30/14 | Call with Wells Fargo regarding account title and EIN | 0.30 | $ 58.50 |
| Laura Clemente | 01/15/15 | Call with Wells Fargo regarding recent deposit | 0.10 | $ 19.50 |
| Laura Clemente | 01/26/15 | Set up QuickBooks file for Receivership account; process receivables from Wells Fargo | 0.30 | $ 58.50 |
| Laura Clemente | 01/27/15 | Reconcile bank activity to Quickbooks; record recent wire activity; call with Wells Fargo regarding same | 0.50 | $ 97.50 |
| Laura Clemente | 02/05/15 | Prepare payment to claims processor; correspondence with BMC Group and Receiver regarding same | 0.60 | $ 117.00 |
| Laura Clemente | 02/06/15 | Process funds received; discussion with Bank Manager regarding receivership account deposits | 1.00 | $ 195.00 |
| Laura Clemente | 02/09/15 | Call to IOI Payroll Services regarding filing requirements; related research | 0.30 | $ 58.50 |
| Laura Clemente | 02/10/15 | Call to IOI Payroll Services regarding W-2 processing | 0.10 | $ 19.50 |
| Laura Clemente | 02/10/15 | Reconcile bank statement; enter transactions | 0.30 | $ 58.50 |
| Laura Clemente | 02/13/15 | Process requested funds received | 0.60 | $ 117.00 |
| Laura Clemente | 02/18/15 | Call with IOI Payroll regarding W-2 request | 0.20 | $ 39.00 |
| Laura Clemente | 02/23/15 | Review and send w-2's and 1099's received from IOI Payroll Services | 0.30 | $ 58.50 |
| Laura Clemente | 02/26/15 | Process receipt of funds from National Bank of California | 0.40 | $ 78.00 |
| Laura Clemente | 03/02/15 | Process payables | 0.60 | $ 117.00 |
| Laura Clemente | 03/05/15 | Call to IOI Payroll regarding additional invoice received | 0.40 | $ 78.00 |
| Laura Clemente | 03/12/15 | Calls and correspondence with representative at IOI Payroll Services regarding invoice discrepancies | 0.30 | $ 58.50 |
| Laura Clemente | 03/12/15 | Reconcile bank statement to QuickBooks | 0.30 | $ 58.50 |
| | | **Total Accounting/Auditing** | **8.00** | **$ 1,560.00** |
| **Forensic Accounting** | | | | |
| Laura Clemente | 12/29/14 | Onsite visit; review documents and items on site; take photos of office | 3.00 | $ 585.00 |
| Laura Clemente | 12/29/14 | Load and catalog photos of offsite office | 0.30 | $ 58.50 |
| Laura Clemente | 12/30/14 | Correspondence and calls with D Farris regarding access to remote server | 0.50 | $ 97.50 |
| Laura Clemente | 12/30/14 | Work with DJ to set up remote connection to offsite server; call with D Farris regarding same | 0.90 | $ 175.50 |
| Laura Clemente | 12/30/14 | Conversation with MF and D. Wax | 0.60 | $ 117.00 |
| Laura Clemente | 12/30/14 | Copy multiple Quickbooks files from remote server to GlassRatner as backup copy | 1.20 | $ 234.00 |
| Laura Clemente | 12/31/14 | Onsite visit; review and organize documents and items on site | 4.80 | $ 936.00 |
| Laura Clemente | 01/02/15 | Onsite review and cataloge documents and locations; inventory office; check passwords | 8.00 | $ 1,560.00 |
| Neydi Lennard | 01/06/15 | Prepare extracted August 1 - 5, 2014 Wells Fargo account for access analysis | 2.00 | $ 190.00 |
| Laura Clemente | 01/06/15 | Prepare funds request letter | 0.50 | $ 97.50 |
| Laura Clemente | 01/06/15 | Review bank statements received | 0.70 | $ 136.50 |
| Laura Clemente | 01/06/15 | Extract and prepare template; discussion with MF regarding same | 0.60 | $ 117.00 |
| Laura Clemente | 01/06/15 | Initial case review with NY | 0.50 | $ 97.50 |
| Neydi Lennard | 01/07/15 | Prepare extracted August 6 - 13, 2014 Wells Fargo account for access analysis | 2.00 | $ 190.00 |
| Neydi Lennard | 01/07/15 | Prepare extracted August 14 - 22, 2014 Wells Fargo account for access analysis | 2.00 | $ 190.00 |
| Neydi Lennard | 01/08/15 | Prepare extracted August 23 - 29, 2014 Wells Fargo account for access analysis | 2.00 | $ 190.00 |
| Laura Clemente | 01/08/15 | Convert East West bank statements and Wells Fargo credit card statements into excel | 1.40 | $ 273.00 |
| Laura Clemente | 01/08/15 | Prepare for meeting with D Farris, IT Contractor | 0.50 | $ 97.50 |
| Laura Clemente | 01/08/15 | Save files collected from Tae Yi to server; correspondence with MF regarding same | 0.30 | $ 58.50 |
| Laura Clemente | 01/08/15 | Review progress made preparing Wells Fargo statement for Access | 0.30 | $ 58.50 |
| Laura Clemente | 01/08/15 | Meeting with D Farris | 0.80 | $ 156.00 |
| Laura Clemente | 01/08/15 | Post Farris meeting with JO and MF | 0.70 | $ 136.50 |
| Laura Clemente | 01/08/15 | Review QB information with MF | 0.50 | $ 97.50 |
| Laura Clemente | 01/09/15 | Pull Vodaware, Vodaplex and Berger payments from QuickBooks; verify payments to bank statement available; prepare schedule; correspondence with MF regarding same | 0.40 | $ 78.00 |
| Neydi Lennard | 01/12/15 | Prepare extracted September 2 - 11, 2014 Wells Fargo account for access analysis | 2.00 | $ 190.00 |
| Neydi Lennard | 01/12/15 | Prepare extracted September 12 - 30, 2014 Wells Fargo account for access analysis | 2.00 | $ 190.00 |
| Laura Clemente | 01/12/15 | Pull balance sheet from QuickBooks file | 0.20 | $ 39.00 |
| Laura Clemente | 01/13/15 | Calls to AmeriTrade, SunTrust, East West Bancorp, Metro City Bank, and Wells Fargo regarding funds remittance | 1.10 | $ 214.50 |
| Laura Clemente | 01/13/15 | Prepare and send correspondence regarding funds remittance to Bank of America, AmeriTrade, Wells Fargo, Metro City Bank and E*Trade | 1.20 | $ 234.00 |
| Laura Clemente | 01/14/15 | Working session with MF regarding data in QuickBooks; export related data | 0.80 | $ 156.00 |
| Laura Clemente | 01/14/15 | Review Wells Fargo bank data prepared for access | 0.60 | $ 117.00 |
| Laura Clemente | 01/14/15 | Calls and correspondence with East West Bank regarding funds remittance; prepare and send correspondence regarding same | 0.30 | $ 58.50 |
| Laura Clemente | 01/15/15 | Onsite with K McDonald, Counsel and MF regarding walk through Zhunrize software and server | 2.00 | $ 390.00 |
| Laura Clemente | 01/15/15 | Onsite recover hard drive data from one computer | 1.60 | $ 312.00 |
| Laura Clemente | 01/15/15 | Meeting with Counsel and MF regarding findings and strategy | 1.70 | $ 331.50 |
| Laura Clemente | 01/16/15 | Meeting with MF regarding QuickBooks sales data; pull bank account transactions from QuickBooks remote server | 0.50 | $ 97.50 |
| Laura Clemente | 01/19/15 | Meeting with MF regarding analysis of QuickBooks data and related schedules | 0.50 | $ 97.50 |
| Laura Clemente | 01/22/15 | Database training to use document database to review documents received from SEC | 1.50 | $ 292.50 |
| Laura Clemente | 01/27/15 | Meeting with MF re: bank statement data and analysis | 0.40 | $ 78.00 |

**GlassRatner Advisory Capital Group, LLC**
**Detail of Fees**
**SEC v. Zhunrize Inc and Jeff Pan**
**December 19, 2014 through March 31, 2015**

| Professional | Date | Description | Hours | Amount |
|---|---|---|---|---|
| Laura Clemente | 01/27/15 | Organize and review Bank of America statements from database | 0.60 | $ 117.00 |
| Laura Clemente | 01/27/15 | Organize bank statements from Wells Fargo and BB&T and determine what additional statements should be requested | 1.00 | $ 195.00 |
| Laura Clemente | 01/27/15 | Organize bank statements from East West Bank, SunTrust and Metro City Bank and determine what additional statements should be requested | 1.20 | $ 234.00 |
| Laura Clemente | 01/27/15 | Compare accounts listed in Pan Disclosure to statements received from counsel | 0.40 | $ 78.00 |
| Laura Clemente | 01/27/15 | Compare accounts listed in Pan Disclosure to accounts Receiver requested funds to determine what additional funds should be requested | 0.40 | $ 78.00 |
| Laura Clemente | 01/27/15 | Review financial institutions contacted; determine additional financial institutions to contact | 0.40 | $ 78.00 |
| Laura Clemente | 01/27/15 | Meeting with MF regarding bank statement data received | 0.40 | $ 78.00 |
| Laura Clemente | 01/28/15 | Review bank statements received; update schedule of statement balances and funds disclosed and received | 1.10 | $ 214.50 |
| Laura Clemente | 01/28/15 | Extract PDF Wells Fargo bank statements into excel for analysis, accounts #0093 & 3065 | 1.20 | $ 234.00 |
| Laura Clemente | 01/28/15 | Extract PDF Wells Fargo bank statements into excel for analysis, accounts #739 & 9780 | 1.20 | $ 234.00 |
| Laura Clemente | 01/29/15 | Extract Metro City, East West, and SunTrust bank statements currently received | 1.70 | $ 331.50 |
| Laura Clemente | 01/30/15 | Prepare extracted Wells Fargo account#0093 statements for access analysis, July - September 2012 | 1.30 | $ 253.50 |
| Laura Clemente | 01/30/15 | Prepare extracted Wells Fargo account#0093 statements for access analysis, October - December 2012 | 1.20 | $ 234.00 |
| Laura Clemente | 01/30/15 | Prepare extracted January - March 2013 Wells Fargo account#0093 statements for access analysis | 2.00 | $ 390.00 |
| Laura Clemente | 01/30/15 | Prepare extracted April - May 2013 Wells Fargo account#0093 statements for access analysis | 1.50 | $ 292.50 |
| Alissa Graffius, JD | 02/02/15 | Prepare extracted bank statements for Access analysis - July 1, 2014 through July 13, 2014 for Wells Fargo account ending in 0093 | 2.00 | $ 390.00 |
| Alissa Graffius, JD | 02/02/15 | Prepare extracted bank statements for Access analysis - July 14, 2014 through July 26, 2014 for Wells Fargo account ending in 0093 | 2.00 | $ 390.00 |
| Alissa Graffius, JD | 02/02/15 | Prepare extracted bank statements for Access analysis - July 27, 2014 through July 31, 2014 for Wells Fargo account ending in 0093 | 0.80 | $ 156.00 |
| Alissa Graffius, JD | 02/02/15 | Prepare extracted bank statements for Access analysis - August 1, 2014 through August 4, 2014 for Wells Fargo account ending in 0093 | 0.60 | $ 117.00 |
| Laura Clemente | 02/02/15 | Prepare extracted bank statements June - July 2013 Wells Fargo account#0093 for access analysis | 1.80 | $ 351.00 |
| Laura Clemente | 02/02/15 | Prepare extracted bank statements August - September 2013 Wells Fargo account#0093 for access analysis | 1.40 | $ 273.00 |
| Laura Clemente | 02/02/15 | Prepare extracted bank statements October 2013 Wells Fargo account#0093 for access analysis | 0.70 | $ 136.50 |
| Laura Clemente | 02/02/15 | Prepare extracted bank statements November - December 2013 Wells Fargo account#0093 for access analysis | 1.40 | $ 273.00 |
| Laura Clemente | 02/02/15 | Discuss status of statement preparation with MF; review next priorities | 0.50 | $ 97.50 |
| Alissa Graffius, JD | 02/03/15 | Prepare extracted bank statements for Access analysis - August 5, 2014 through August 16, 2015 for Wells Fargo account ending in 0093 | 2.00 | $ 390.00 |
| Alissa Graffius, JD | 02/03/15 | Prepare extracted bank statements for Access analysis - August 17, 2014 through August 31, 2015 for Wells Fargo accounting ending in 0093 | 2.00 | $ 390.00 |
| Alissa Graffius, JD | 02/03/15 | Prepare extracted bank statements for Access analysis - September 2014 and October 2014 for Wells Fargo account ending in 0093 | 1.50 | $ 292.50 |
| Alissa Graffius, JD | 02/03/15 | Prepare extracted bank statements for Access analysis - August 1, 2014 through August 4, 2014 for Bank of America account | 0.80 | $ 156.00 |
| Kate Bumburyak | 02/03/15 | Organize copies of checks and deposits received from the bank for WF acct# 0093 & acct# 1766 | 1.40 | $ 273.00 |
| Kate Bumburyak | 02/03/15 | Research vendor & payee information for 2012 & 2013 activity | 0.20 | $ 39.00 |
| Laura Clemente | 02/03/15 | Calls and correspondence with BB&T and Regions regarding funds remittance; prepare letters regarding same | 1.50 | $ 292.50 |
| Laura Clemente | 02/03/15 | Calls and correspondence with First Citizens and SunTrust regarding funds remittance; prepare letters regarding same | 1.50 | $ 292.50 |
| Laura Clemente | 02/03/15 | Update bank statement schedule | 0.80 | $ 156.00 |
| Laura Clemente | 02/03/15 | Call to Metro City Bank regarding funds remittance | 0.20 | $ 39.00 |
| Laura Clemente | 02/03/15 | Prepare extracted bank statements January - February 2014 Wells Fargo account#0093 for access analysis | 2.00 | $ 390.00 |
| Alissa Graffius, JD | 02/04/15 | Prepare extracted bank statements for Access analysis - August 4, 2014 through August 10, 2014 for Bank of America account | 2.00 | $ 390.00 |
| Alissa Graffius, JD | 02/04/15 | Prepare extracted bank statements for Access analysis - August 11, 2014 through August 17, 2014 for Bank of America account | 1.50 | $ 292.50 |
| Laura Clemente | 02/04/15 | Prepare extracted bank statements March 2014 Wells Fargo account#0093 for access analysis | 1.10 | $ 214.50 |
| Laura Clemente | 02/04/15 | Prepare extracted bank statements April 2014 Wells Fargo account#0093 for access analysis | 1.20 | $ 234.00 |
| Laura Clemente | 02/04/15 | Prepare extracted bank statements May - June 2014 Wells Fargo account#0093 for access analysis | 2.00 | $ 390.00 |
| Laura Clemente | 02/04/15 | Pivot transactions for Wells Fargo account 0093; review results and next steps with MF | 0.50 | $ 97.50 |
| Alissa Graffius, JD | 02/05/15 | Prepare extracted bank statements for Access analysis - August 18, 2014 through August 27, 2014 for Bank of America account | 2.00 | $ 390.00 |
| Alissa Graffius, JD | 02/05/15 | Prepare extracted bank statements for Access analysis - August 28, 2014 through August 31, 2014 for Bank of America account | 0.90 | $ 175.50 |
| Laura Clemente | 02/05/15 | Reconcile payments recorded in QuickBooks to Vodaware and Vodaplex to payments recorded in bank statements for Wells Fargo account #0093; update schedule to reflect same | 1.60 | $ 312.00 |

GlassRatner Advisory Capital Group, LLC
**Detail of Fees**
SEC v. Zhunrize Inc and Jeff Pan
December 19, 2014 through March 31, 2015

| Professional | Date | Description | Hours | Amount |
|---|---|---|---|---|
| Laura Clemente | 02/05/15 | Review Sales account transactions from QuickBooks; determine the bank accounts most affected by sales | 0.30 | $ 58.50 |
| Laura Clemente | 02/05/15 | Calls and correspondence with Bank of America to request bank statements | 0.70 | $ 136.50 |
| Laura Clemente | 02/05/15 | Calls and correspondence with SunTrust regarding account freeze and funds remittance | 0.60 | $ 117.00 |
| Laura Clemente | 02/05/15 | Extract additional bank statement pages for Bank of America account | 0.30 | $ 58.50 |
| Alissa Graffius, JD | 02/06/15 | Prepare extracted bank statements for Access analysis - September 1, 2014 through September 15, 2014 for Bank of America account | 2.00 | $ 390.00 |
| Alissa Graffius, JD | 02/06/15 | Prepare extracted bank statements for Access analysis - September 16, 2014 through September 30, 2014 and October 2014 for Bank of America account | 1.90 | $ 370.50 |
| Alissa Graffius, JD | 02/06/15 | Prepare extracted bank statements for Access analysis - August 2014 through October 2014 for Wells Fargo account ending in 9780 | 1.10 | $ 214.50 |
| Alissa Graffius, JD | 02/06/15 | Prepare extracted bank statements for Access analysis - April 2014 for Wells Fargo account ending in 9780 | 0.20 | $ 39.00 |
| Alissa Graffius, JD | 02/06/15 | Prepare extracted bank statements for Access analysis - January 2013 through May 2013 | 1.50 | $ 292.50 |
| Laura Clemente | 02/06/15 | Calls with Regions Bank to request bank statements; correspondence with MF regarding same | 0.30 | $ 58.50 |
| Laura Clemente | 02/06/15 | Update schedules regarding funds received | 0.60 | $ 117.00 |
| Laura Clemente | 02/06/15 | Prepare three months of extracted Wells Fargo Wire account for access analysis | 0.70 | $ 136.50 |
| Alissa Graffius, JD | 02/09/15 | Prepare extracted bank statements for Access analysis - June 2013 Wells Fargo account ending in 9780 | 2.00 | $ 390.00 |
| Alissa Graffius, JD | 02/09/15 | Prepare extracted bank statements for Access analysis - July 2013 Wells Fargo account ending in 9780 | 1.20 | $ 234.00 |
| Alissa Graffius, JD | 02/09/15 | Prepare extracted bank statements for Access analysis - August 2013 Wells Fargo account ending in 9780 | 1.20 | $ 234.00 |
| Alissa Graffius, JD | 02/09/15 | Prepare extracted bank statements for Access analysis - September 2013 Wells Fargo account ending in 9780 | 1.20 | $ 234.00 |
| Alissa Graffius, JD | 02/09/15 | Prepare extracted bank statements for Access analysis - October 2013 Wells Fargo account ending in 9780 | 1.20 | $ 234.00 |
| Alissa Graffius, JD | 02/09/15 | Prepare extracted bank statements for Access analysis - November 2013 Wells Fargo account ending in 9780 | 1.20 | $ 234.00 |
| Alissa Graffius, JD | 02/09/15 | Prepare extracted bank statements for Access analysis - December 2013 Wells Fargo account ending in 9780 | 1.20 | $ 234.00 |
| Laura Clemente | 02/09/15 | Call to LTD Merchant Services regarding merchant processor account; related research | 0.20 | $ 39.00 |
| Laura Clemente | 02/09/15 | Call and correspondence to Complete Merchant Solutions regarding merchant processor account; related research | 0.60 | $ 117.00 |
| Laura Clemente | 02/09/15 | Call to Signature Card Services and Discover Network regarding merchant processor account; related research; correspondence with Signature Card Services regarding account freeze and funds remittance | 0.70 | $ 136.50 |
| Laura Clemente | 02/09/15 | Call to American Express Merchant Services regarding merchant processor account; related research; correspondence regarding account freeze and funds remittance | 0.80 | $ 156.00 |
| Laura Clemente | 02/09/15 | Call and correspondence with Merrill Lynch Wealth Management regarding additional accounts | 0.30 | $ 58.50 |
| Laura Clemente | 02/09/15 | Meeting with Receiver regarding the claim form, status of statement preparation for Access, and Zhunrize merchant processors | 0.50 | $ 97.50 |
| Laura Clemente | 02/09/15 | Call and correspondence with National Bank of California regarding account freeze and funds remittance | 0.50 | $ 97.50 |
| Laura Clemente | 02/09/15 | Prepare extracted Wells Fargo Wire account bank statements for access analysis, January - | 1.80 | $ 351.00 |
| Laura Clemente | 02/10/15 | Call with American Express to confirm FedEx delivery | 0.30 | $ 58.50 |
| Laura Clemente | 02/10/15 | Review statements received from Regions Bank | 0.30 | $ 58.50 |
| Laura Clemente | 02/10/15 | Extract Regions bank statements in preparation for access analysis | 0.30 | $ 58.50 |
| Laura Clemente | 02/10/15 | Prepare extracted Wells Fargo Wire account bank statements for access analysis; March 2014 | 1.30 | $ 253.50 |
| Laura Clemente | 02/10/15 | Prepare extracted Wells Fargo Wire account bank statements for access analysis; April & May 2014 | 1.40 | $ 273.00 |
| Laura Clemente | 02/10/15 | Call and correspondence with Merchant Services LTD regarding account freeze and funds remittance | 0.30 | $ 58.50 |
| Laura Clemente | 02/11/15 | Prepare extracted Wells Fargo Wire account bank statements for access analysis; May 2014 | 0.80 | $ 156.00 |
| Laura Clemente | 02/11/15 | Prepare extracted Wells Fargo Wire account bank statements for access analysis; June and July 2014 | 1.50 | $ 292.50 |
| Laura Clemente | 02/11/15 | Compile and review Wells Fargo wire account and Wells Fargo 0093 account; analysis in excel regarding sales, transfers and wires | 1.90 | $ 370.50 |
| Laura Clemente | 02/11/15 | Catagorize transactions in Wells Fargo Account 0093 for sources and uses analysis | 1.40 | $ 273.00 |
| Laura Clemente | 02/11/15 | Working session with Receiver preparing questions for interview with D Wax; review next steps | 1.50 | $ 292.50 |
| Laura Clemente | 02/11/15 | Call and correspondence with IOI Payroll Services regarding w-2 and 1099 reporting | 0.60 | $ 117.00 |
| Laura Clemente | 02/12/15 | Correspondence with JO regarding Agricultural Bank of China | 0.10 | $ 19.50 |
| Laura Clemente | 02/12/15 | Pull balance sheet and income statement data from remote server QuickBooks files; prepare monthly schedules by year; compare statements to income statements received from the SEC | 1.10 | $ 214.50 |
| Laura Clemente | 02/12/15 | Categorize transactions in the Wells Fargo Wire account for cash flow analysis | 1.50 | $ 292.50 |
| Laura Clemente | 02/12/15 | Combine Wells Fargo wire and 0093 account transactions; reconcile transfers and payments to Vodaware and Vodaplex | 1.90 | $ 370.50 |
| Laura Clemente | 02/12/15 | Prepare cash flow analysis of Wells Fargo Wire and 0093 | 1.90 | $ 370.50 |

**GlassRatner Advisory Capital Group, LLC**
**Detail of Fees**
**SEC v. Zhunrize Inc and Jeff Pan**
**December 19, 2014 through March 31, 2015**

| Professional | Date | Description | Hours | Amount |
|---|---|---|---|---|
| Alissa Graffius, JD | 02/13/15 | Prepare extracted bank statements for Access analysis - January 2012 BBT account | 1.20 | $ 234.00 |
| Laura Clemente | 02/13/15 | Conference call with W Berger and Receiver | 1.00 | $ 195.00 |
| Laura Clemente | 02/13/15 | Follow-up call and correspondence with IOI Payroll regarding tax reporting | 0.20 | $ 39.00 |
| Laura Clemente | 02/13/15 | Prepare schedule of statements received and requested | 0.20 | $ 39.00 |
| Laura Clemente | 02/13/15 | Meeting w/Counsel and DWax; subsequent meeting w/Counsel and Receiver regarding same | 2.20 | $ 429.00 |
| Laura Clemente | 02/13/15 | Pull commissions and refund data from remote QuickBooks file; research transactions and tie sample transactions to bank statement data; correspondence with Receiver regarding same | 0.50 | $ 97.50 |
| Alissa Graffius, JD | 02/16/15 | Prepare extracted bank statements for Access analysis - January through March 2012 - BB&T account | 1.80 | $ 351.00 |
| Alissa Graffius, JD | 02/16/15 | Prepare extracted bank statements for Access analysis - April through May 2012 - BB&T account | 0.90 | $ 175.50 |
| Laura Clemente | 02/16/15 | Prepare extracted bank statement transactions for analysis in access; Wells Fargo account #3065 | 1.30 | $ 253.50 |
| Laura Clemente | 02/16/15 | Prepare extracted bank statement transactions for analysis in access; East West account #3823 | 1.70 | $ 331.50 |
| Laura Clemente | 02/16/15 | Prepare extracted bank statement transactions for analysis in access; East West account #2335 | 1.80 | $ 351.00 |
| Laura Clemente | 02/16/15 | Prepare extracted bank statement transactions for analysis in access; East West account #1766 | 2.00 | $ 390.00 |
| Alissa Graffius, JD | 02/17/15 | Prepare extracted bank statements for Access analysis - June through August 2012 - BB&T account | 1.90 | $ 370.50 |
| Alissa Graffius, JD | 02/17/15 | Prepare extracted bank statements for Access analysis - September through October 2012 - BB&T account | 1.80 | $ 351.00 |
| Alissa Graffius, JD | 02/17/15 | Prepare extracted bank statements for Access analysis - December 2012 through February 2013 - BB&T account | 1.00 | $ 195.00 |
| Alissa Graffius, JD | 02/17/15 | Prepare extracted bank statements for Access analysis - March through April 2013 - BB&T account | 1.10 | $ 214.50 |
| Alissa Graffius, JD | 02/17/15 | Prepare extracted bank statements for Access analysis - May through July 2013 - BB&T account | 1.80 | $ 351.00 |
| Alissa Graffius, JD | 02/17/15 | Prepare extracted bank statements for Access analysis - August 2013 - BB&T account | 0.50 | $ 97.50 |
| Laura Clemente | 02/17/15 | Calls to EastWest Bank, SunTrust, MetroCity, First Citizens, and Wells Fargo regarding additional bank statements | 1.00 | $ 195.00 |
| Laura Clemente | 02/17/15 | Meeting with Receiver regarding schedules, commissions data pulled from QuickBooks and status of assets and bank statement analysis | 0.50 | $ 97.50 |
| Laura Clemente | 02/17/15 | Update schedule of bank statement schedule with funds received and bank statements received | 0.60 | $ 117.00 |
| Alissa Graffius, JD | 02/18/15 | Prepare extracted bank statements for Access analysis - August through December 2013 - BB&T | 2.00 | $ 390.00 |
| Alissa Graffius, JD | 02/18/15 | Prepare extracted bank statements for Access analysis - January through May 2014 - BB&T account | 1.60 | $ 312.00 |
| Laura Clemente | 02/18/15 | Call with East West Bank regarding bank statement requests | 0.20 | $ 39.00 |
| Alissa Graffius, JD | 02/19/15 | Prepare extracted bank statements for Access analysis - May through July 2014 - BB&T account | 1.10 | $ 214.50 |
| Alissa Graffius, JD | 02/19/15 | Prepare extracted bank statements for Access analysis - August through November 2014 - BB&T account | 1.10 | $ 214.50 |
| Laura Clemente | 02/19/15 | Correspondence with East West Bank regarding request for bank statements | 0.20 | $ 39.00 |
| Alissa Graffius, JD | 02/20/15 | Update binder with Bank of America bank statements received | 0.60 | $ 117.00 |
| Alissa Graffius, JD | 02/20/15 | Extract Bank of America Statements into Excel | 1.60 | $ 312.00 |
| Alissa Graffius, JD | 02/20/15 | Prepare extracted bank statements for Access analysis - November and December 2014, June 2013 - Bank of America account | 0.30 | $ 58.50 |
| Alissa Graffius, JD | 02/20/15 | Prepare extracted bank statements for Access analysis - July through October 2013 - Bank of America account | 1.70 | $ 331.50 |
| Alissa Graffius, JD | 02/20/15 | Prepare extracted bank statements for Access analysis - November and December 2013 - Bank of America account | 1.80 | $ 351.00 |
| Laura Clemente | 02/20/15 | Call to Bank of America for invoice regarding bank statements received | 0.20 | $ 39.00 |
| Laura Clemente | 02/20/15 | Extract Bank of America statements received from PDF to excel | 0.70 | $ 136.50 |
| Laura Clemente | 02/20/15 | Prepare extracted Bank of America statements for access analysis, January 2014 | 0.80 | $ 156.00 |
| Laura Clemente | 02/20/15 | Prepare extracted Bank of America statements for access analysis, February - March 2014 | 1.60 | $ 312.00 |
| Laura Clemente | 02/23/15 | Calls and correspondence with Merrick Bank regarding funds request | 0.30 | $ 58.50 |
| Laura Clemente | 02/23/15 | Calls to MetroCity Bank, National Bank of California, and SunTrust regarding funds requests and requests for bank statements | 0.30 | $ 58.50 |
| Laura Clemente | 02/23/15 | Prepare extracted Bank of America bank statements for access analysis, March 2014 | 0.70 | $ 136.50 |
| Laura Clemente | 02/23/15 | Prepare extracted Bank of America bank statements for access analysis, April - July 2014 | 1.40 | $ 273.00 |
| Laura Clemente | 02/23/15 | Combine 2013 and 2014 extracted Bank of America statements; categorize transactions for sources and uses analysis | 0.90 | $ 175.50 |
| Laura Clemente | 02/24/15 | Review and categorize BB&T, Bank of America, East West Bank, and Wells Fargo bank statements for sources and uses analysis; related research | 1.90 | $ 370.50 |
| Laura Clemente | 02/24/15 | Create access database; import BB&T, Bank of America, East West Bank and Wells Fargo transactions; create queries to combine and analyze sources and uses of funds | 2.00 | $ 390.00 |
| Laura Clemente | 02/25/15 | Prepare extracted Metro City Bank statements for access analysis, account #3444 | 1.50 | $ 292.50 |
| Laura Clemente | 02/25/15 | Prepare extracted Metro City Bank statements for access analysis, account #4608 | 1.80 | $ 351.00 |
| Laura Clemente | 02/25/15 | Extract Metro City Bank statements from PDF to excel format, account #6711 | 0.50 | $ 97.50 |
| Laura Clemente | 02/25/15 | Prepare extracted Metro City Bank statements for access analysis, account #6711, 2012 | 0.90 | $ 175.50 |
| Laura Clemente | 02/25/15 | Prepare extracted Metro City Bank statements for access analysis, account #6711, 2013 | 1.30 | $ 253.50 |
| Laura Clemente | 02/26/15 | Review results from bank statement analysis and discuss next direction with Receiver | 0.40 | $ 78.00 |

**GlassRatner Advisory Capital Group, LLC**
**Detail of Fees**
**SEC v. Zhunrize Inc and Jeff Pan**
**December 19, 2014 through March 31, 2015**

| Professional | Date | Description | Hours | Amount |
|---|---|---|---|---|
| Laura Clemente | 02/26/15 | Pull bank statements from Bank of China website; related research | 1.10 | $ 214.50 |
| Laura Clemente | 02/26/15 | Prepare extracted Bank of China bank statements for access analysis, April - August 2014 | 1.10 | $ 214.50 |
| Laura Clemente | 02/26/15 | Prepare extracted Bank of China bank statements for access analysis, September 2014 - January 2015 | 1.10 | $ 214.50 |
| Laura Clemente | 02/26/15 | Prepare extracted Regions bank statements for access analysis | 1.20 | $ 234.00 |
| Laura Clemente | 02/26/15 | Prepare extracted Suntrust bank statements for access analysis | 1.10 | $ 214.50 |
| Laura Clemente | 02/26/15 | Prepare extracted MetroCity bank statements for access analysis; account 6711, January - June 2014 | 1.20 | $ 234.00 |
| Laura Clemente | 02/26/15 | Prepare extracted MetroCity bank statements for access analysis; account 6711, July - October 2014 | 0.90 | $ 175.50 |
| Laura Clemente | 02/27/15 | Extract National Bank of California bank statements; prepare extracted statements for access analysis, April thru October 2014 | 1.30 | $ 253.50 |
| Laura Clemente | 02/27/15 | Extract First Citizens bank statements; prepare extracted statements for access analysis, July thru November 2014 | 0.20 | $ 39.00 |
| Laura Clemente | 02/27/15 | Proof bank statement data for errors and import statements into access | 1.80 | $ 351.00 |
| Laura Clemente | 02/27/15 | Review sources and uses categories and update access table | 1.10 | $ 214.50 |
| Laura Clemente | 02/27/15 | Prepare sources and uses analysis with data from access queries | 1.90 | $ 370.50 |
| Laura Clemente | 02/27/15 | Analysis of sources and uses; research transactions and make corrections | 1.70 | $ 331.50 |
| Laura Clemente | 02/27/15 | Sources and uses analysis; reconcile bank transfers between accounts | 0.70 | $ 136.50 |
| Laura Clemente | 03/02/15 | Prepare for meeting with Vodaware representative, K Perry | 0.30 | $ 58.50 |
| Laura Clemente | 03/02/15 | Meet with K Perry and MF | 2.00 | $ 390.00 |
| Laura Clemente | 03/02/15 | Meeting debrief with MF regarding interview with K Perry | 0.20 | $ 39.00 |
| Laura Clemente | 03/03/15 | Review and download sealed orders received | 0.20 | $ 39.00 |
| Laura Clemente | 03/03/15 | Create query in access for transactions after 9/22/2014; read order extending TRO; research transactions in context of the order | 1.00 | $ 195.00 |
| Laura Clemente | 03/09/15 | Meeting w/Receiver re: data analysis | 0.40 | $ 78.00 |
| Laura Clemente | 03/11/15 | Meeting with Receiver regarding analysis of store related data from 4 sources | 0.70 | $ 136.50 |
| Laura Clemente | 03/11/15 | Review and compare database store owner list provided to SEC to QuickBooks customer list | 0.80 | $ 156.00 |
| Laura Clemente | 03/11/15 | Prepare QuickBooks customer list for analysis against database store owner list; separate store ID numbers and addresses | 1.90 | $ 370.50 |
| Laura Clemente | 03/11/15 | Prepare QuickBooks customer list for analysis against database store owner list; separate names and identify duplicates | 1.80 | $ 351.00 |
| Laura Clemente | 03/11/15 | Reconcile database store owner list provided to SEC to QuickBooks customer list combining customer data into a comprehensive database | 2.00 | $ 390.00 |
| Laura Clemente | 03/12/15 | Review additional bank statements received from Wells Fargo for accounts ending #0980 and #3065 | 0.20 | $ 39.00 |
| Laura Clemente | 03/12/15 | Update Receiver on analysis of store owner data | 0.20 | $ 39.00 |
| Laura Clemente | 03/16/15 | Review data files received from Vodaware; convert to excel | 0.60 | $ 117.00 |
| Laura Clemente | 03/16/15 | Prepare sources and uses from 9/23/2014 forward regarding compliance with court order | 2.00 | $ 390.00 |
| Laura Clemente | 03/16/15 | Meeting with Receiver regarding progress on sources and uses | 0.50 | $ 97.50 |
| Laura Clemente | 03/25/15 | Call and correspondence with Paychex regarding transactions | 0.80 | $ 156.00 |
| Laura Clemente | 03/25/15 | Prepare sources and uses analysis for Regions bank account from 9/23/14 forward per the court order | 1.90 | $ 370.50 |
| Laura Clemente | 03/25/15 | Prepare sources for sources and uses analysis of all bank accounts from 9/23/14 forward | 1.80 | $ 351.00 |
| Laura Clemente | 03/25/15 | Prepare uses for sources and uses analysis of all bank accounts from 9/23/14 forward | 1.90 | $ 370.50 |
| Laura Clemente | 03/25/15 | Meet w/Receiver regarding status of sources and uses of funds | 0.40 | $ 78.00 |
| Laura Clemente | 03/26/15 | Call with K Perry regarding data received; subsequent meeting with receiver regarding same | 0.70 | $ 136.50 |
| Laura Clemente | 03/26/15 | Prepare analysis of sources from all banks for entire period for personal sources and business sources; determine sales revenue | 1.90 | $ 370.50 |
| Laura Clemente | 03/26/15 | Prepare analysis of uses from all banks for entire period with updated categories; trace additional transfers between accounts | 1.80 | $ 351.00 |
| Laura Clemente | 03/26/15 | Update database of bank transactions with additional categories and proof other categories; call with Wells Fargo to better understand timing of transactions | 1.50 | $ 292.50 |
| Laura Clemente | 03/27/15 | Call to Paychex to confirm receipt of TRO | 0.10 | $ 19.50 |
| Laura Clemente | 03/27/15 | Call with SunTrust regarding remittance of funds | 0.20 | $ 39.00 |
| Laura Clemente | 03/27/15 | Finish schedule of sources and uses analysis | 0.80 | $ 156.00 |
| Laura Clemente | 03/27/15 | Reconcile revenues as of 9/30/2014 between QuickBooks records and bank statements | 0.70 | $ 136.50 |
| Laura Clemente | 03/27/15 | Reconcile investor payments as of 9/30/2014 between QuickBooks records, bank statements and files received from K Perry | 0.70 | $ 136.50 |
| Laura Clemente | 03/27/15 | Work w/Receiver regarding sources and uses | 0.60 | $ 117.00 |
| Laura Clemente | 03/30/15 | Correspondence with Counsel regarding SunTrust response to TRO | 0.30 | $ 58.50 |
| Laura Clemente | 03/30/15 | Analysis of data received from Propay; reconcile Propay data to bank statements, QuickBooks and Vodaware provided data | 1.50 | $ 292.50 |
| Laura Clemente | 03/30/15 | Analysis of vendors in QuickBooks and vendor list provided by M Brachman | 2.00 | $ 390.00 |
| Laura Clemente | 03/30/15 | Prepare vendor contact list | 0.80 | $ 156.00 |
| Laura Clemente | 03/30/15 | Call and related research regarding potential storage unit | 0.30 | $ 58.50 |
| Laura Clemente | 03/30/15 | Call and correspondence with Merrick Bank regarding funds remittance | 0.30 | $ 58.50 |
| Laura Clemente | 03/30/15 | Meet w/Receiver regarding data analysis | 0.30 | $ 58.50 |
| | | **Total Forensic Accounting** | **254.20** | **$ 48,369.00** |
| | | **Total** | **262.20** | **$ 49,929.00** |