UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ZHUNRIZE, INC. and, )<br>JEFF PAN, )<br>)<br>Defendants. ) | CIVIL ACTION FILE<br>NO. 1:14-CV-3030-RWS |

ORDER

FOR GOOD CAUSE SHOWN, the Receiver's First Application for Payment of Professional Fees and Expenses incurred November 1, 2014 through March 31, 2015 is hereby GRANTED. The Court hereby approves payment of the following fees and expenses and approves immediate payment of same:

(a) Michael Fuqua, Receiver - $41,567.50;

(b) Bryan Cave LLP - $74,117.37; and

(c) GlassRatner Advisory & Capital Group LLC - $50,085.15

SO ORDERED, this _____ day of _____ 2015.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE