UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ZHUNRIZE, INC. and,<br>JEFF PAN,<br><br>Defendants. | CIVIL ACTION FILE<br>NO. 1:14-CV-3030-RWS |

## ORDER

FOR GOOD CAUSE SHOWN, the Receiver's Third Application for Payment of Professional Fees and Expenses incurred July 1, 2015 through September 30, 2015 is hereby GRANTED. The Court hereby approves payment of the following fees and expenses and approves immediate payment of same:

(a) Michael Fuqua, Receiver - $24,895.00;

(b) Bryan Cave LLP - $15,820.75; and

(c) GlassRatner Advisory & Capital Group LLC - $54,132.00

SO ORDERED, this 9th day of Dec. 2015.

RICHARD W. STORY
UNITED STATES DISTRICT JUDGE