# EXHIBIT B

## GlassRatner Advisory & Capital Group, LLC
## Summary of Fees
## SEC v. Zhunrize Inc and Jeff Pan
## October 1, 2017 through December 31, 2017

| Professional | Date | Description | Hours | Amount |
|---|---|---|---:|---:|
| **Case Administration** | | | | |
| Michael Fuqua | 10/03/17 | Review asset search reports | 1.50 | $ 487.50 |
| Michael Fuqua | 10/06/17 | IRS research and correspondence to counsel re:same | 0.80 | $ 260.00 |
| Michael Fuqua | 10/10/17 | Communications w/counsel | 0.40 | $ 130.00 |
| Michael Fuqua | 12/05/17 | Review clawback letter and comment | 0.40 | $ 130.00 |
| Michael Fuqua | 12/05/17 | Status call w/counsel and LC re: outstanding issues | 0.40 | $ 130.00 |
| | | **Total Case Administration** | **3.50** | **$ 1,137.50** |
| **Claims Administration and Objections** | | | | |
| Michael Fuqua | 10/02/17 | Meet w/LC re: claim distributions | 0.60 | $ 195.00 |
| Michael Fuqua | 10/18/17 | Claimant analysis | 0.50 | $ 162.50 |
| Michael Fuqua | 10/18/17 | Meet w/LC re: Claims | 1.10 | $ 357.50 |
| Michael Fuqua | 10/19/17 | Call w/ BMC and LC re: claims | 0.60 | $ 195.00 |
| Michael Fuqua | 10/19/17 | Work w/LClemente re: claim review | 1.50 | $ 487.50 |
| Michael Fuqua | 10/23/17 | Call w/BMC and LC re: claims | 0.50 | $ 162.50 |
| Michael Fuqua | 11/02/17 | Work w/LClemente re: distributions to claimants | 0.50 | $ 162.50 |
| Michael Fuqua | 11/03/17 | Meet with LC re: claims reviewed | 0.30 | $ 97.50 |
| Michael Fuqua | 11/20/17 | Status meeting with Receiver | 0.30 | $ 97.50 |
| Michael Fuqua | 11/27/17 | Status meeting with Receiver | 0.30 | $ 97.50 |
| Michael Fuqua | 12/08/17 | Meeting w/Investor | 0.50 | $ 162.50 |
| | | **Total Claims Administration and Objections** | **6.70** | **$ 2,177.50** |
| **Forensic Accounting** | | | | |
| Michael Fuqua | 10/23/17 | Prep for Vodaware meeting - invoice review | 1.90 | $ 617.50 |
| Michael Fuqua | 10/23/17 | Prep for Vodaware meeting - review documents | 1.70 | $ 552.50 |
| Michael Fuqua | 10/23/17 | Work with LClemente re: billing recon | 0.70 | $ 227.50 |
| Michael Fuqua | 10/24/17 | Vodaware meeting preparation - review correspondence and attachments | 1.80 | $ 585.00 |
| Michael Fuqua | 10/24/17 | Prepare and send documents to counsel | 1.30 | $ 422.50 |
| Michael Fuqua | 10/26/17 | Meet w/Vodaware, LC, and counsel | 2.50 | $ 812.50 |
| Michael Fuqua | 10/30/17 | Meet w/LClemente re: Vodaware data | 0.40 | $ 130.00 |
| Michael Fuqua | 11/20/17 | Review PFS and tax returns | 0.60 | $ 195.00 |
| Michael Fuqua | 11/20/17 | Correspondence to counsel | 0.30 | $ 97.50 |
| Michael Fuqua | 11/27/17 | Communication w/counsel re: settlements | 0.30 | $ 97.50 |
| | | **Total Forensic Accounting** | **11.50** | **$ 3,737.50** |
| **Status Reports** | | | | |
| Michael Fuqua | 10/09/17 | Begin draft of 3Q report | 0.60 | $ 195.00 |
| Michael Fuqua | 10/18/17 | Complete draft of 3Q report | 0.60 | $ 195.00 |
| | | **Total Status Reports** | **1.20** | **$ 390.00** |
| **Tax Issues** | | | | |
| Michael Fuqua | 11/02/17 | Call w/ELabelle re: tax matters | 0.30 | $ 97.50 |
| Michael Fuqua | 11/02/17 | Call and review of tax memo from Bryan Cave | 0.40 | $ 130.00 |
| Michael Fuqua | 11/06/17 | Correspondence w/tax counsel | 0.30 | $ 97.50 |
| Michael Fuqua | 11/09/17 | Call with accountant | 0.30 | $ 97.50 |
| Michael Fuqua | 11/21/17 | Correspondence to accountants re: tax returns | 0.60 | $ 195.00 |
| Michael Fuqua | 12/01/17 | Call w/accountant and LC | 0.20 | $ 65.00 |
| | | **Total Tax Issues** | **2.10** | **$ 682.50** |
| | | **Total** | **25.00** | **$ 8,125.00** |



February 21, 2018                                                                                                                Invoice # :  28607

MICHAEL FUQUA
3445 PEACHTREE ROAD
SUITE 1225
ATLANTA GA 30326

In Reference To: **Zhunrize Receivership**

For professional services rendered during the period  October 01, 2017     through     December 31, 2017

**Billing Recap by Professional**

| Name | Hours | Rate |
|---|---|---|
| Michael Fuqua, CIRA | 25.00 | 325.00 |

|  | Hours | Amount |
|---|---|---|
| Total Professional Service Fees | 25.00 | $8,125.00 |
| Previous balance |  | $8,165.50 |
| 12/21/2017  Payment - Thank You  No. 103960 |  | ($8,165.50) |
| Total payments and adjustments |  | ($8,165.50) |
| Balance due |  | $8,125.00 |

**Thank you for working with GlassRatner, we don't take our clients for granted.**

For our wiring instructions, please contact GlassRatner directly using the contact information below.            Tax ID Number:  58-2660177
3445 Peachtree Rd., NE, Suite 1225 | Atlanta, GA 30326 | Tel: 678.904.1990 Fax: 678.904.1991 | www.glassratner.com

**Professional Services Detail**

|  |  |  | Hours |
|---|---|---|---:|
| 10/2/2017 | M. Fuqua | Meet w/LC re: claim distributions | 0.60 |
| 10/3/2017 | M. Fuqua | Review asset search reports | 1.50 |
| 10/6/2017 | M. Fuqua | IRS research and correspondence to counsel re:same | 0.80 |
| 10/9/2017 | M. Fuqua | Begin draft of 3Q report | 0.60 |
| 10/10/2017 | M. Fuqua | Communications w/counsel | 0.40 |
| 10/18/2017 | M. Fuqua | Claimant analysis | 0.50 |
|  | M. Fuqua | Complete draft of 3Q report | 0.60 |
|  | M. Fuqua | Meet w/LC re: Claims; call w/Counsel re: same | 1.10 |
| 10/19/2017 | M. Fuqua | Call w/ BMC and LC re: claims | 0.60 |
|  | M. Fuqua | Work w/LClemente re: claim review | 1.50 |
| 10/23/2017 | M. Fuqua | Call w/BMC and LC re: claims | 0.50 |
|  | M. Fuqua | Work with LClemente re: billing recon | 0.70 |
|  | M. Fuqua | Prep for Vodaware meeting - review documents | 1.70 |
|  | M. Fuqua | Prep for Vodaware meeting - invoice review | 1.90 |
| 10/24/2017 | M. Fuqua | Prepare and send documents to counsel | 1.30 |
|  | M. Fuqua | Vodaware meeting preparation - review correspondence and attachments | 1.80 |
| 10/26/2017 | M. Fuqua | Meet w/Vodaware, LC, and counsel | 2.50 |
| 10/30/2017 | M. Fuqua | Meet w/LClemente re: Vodaware data | 0.40 |
| 11/2/2017 | M. Fuqua | Call w/ELabelle re: tax matters | 0.30 |
|  | M. Fuqua | Call and review of tax memo from Bryan Cave | 0.40 |
|  | M. Fuqua | Work w/LClemente re: distributions to claimants | 0.50 |
| 11/3/2017 | M. Fuqua | Meet with LC re: claims reviewed | 0.30 |
| 11/6/2017 | M. Fuqua | Correspondence w/tax counsel | 0.30 |
| 11/9/2017 | M. Fuqua | Call with accountant | 0.30 |
| 11/20/2017 | M. Fuqua | Status meeting w/LC re: claims | 0.30 |
|  | M. Fuqua | Correspondence to counsel | 0.30 |
|  | M. Fuqua | Review PFS and tax returns | 0.60 |
| 11/21/2017 | M. Fuqua | Correspondence to accountants re: tax returns | 0.60 |
| 11/27/2017 | M. Fuqua | Status meeting w/LC re: claims | 0.30 |
|  | M. Fuqua | Communication w/counsel re: settlements | 0.30 |
| 12/1/2017 | M. Fuqua | Call w/accountant and LC | 0.20 |
| 12/5/2017 | M. Fuqua | Status call w/counsel and LC re: outstanding issues | 0.40 |
|  | M. Fuqua | Review clawback letter and comment | 0.40 |
| 12/8/2017 | M. Fuqua | Meeting w/Investor | 0.50 |
|  |  | Total | 25.00 |