# EXHIBIT C

# GlassRatner Advisory & Capital Group, LLC
## Summary of Fees
### SEC v. Zhunrize Inc and Jeff Pan
### October 1, 2017 through December 31, 2017

| Category | Professional | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| **Accounting/Auditing** | | | | |
| | Laura Clemente | 4.1 | $ 195.00 | $ 799.50 |
| **Total Accounting/Auditing** | | **4.1** | | **$ 799.50** |
| | | | | |
| **Case Administration** | | | | |
| | Michael Fuqua | 3.5 | $ 325.00 | $ 1,137.50 |
| | Laura Clemente | 0.4 | $ 195.00 | $ 78.00 |
| **Total Case Administration** | | **3.9** | | **$ 1,137.50** |
| | | | | |
| **Claims Administration and Objections** | | | | |
| | Michael Fuqua | 6.7 | $ 325.00 | $ 2,177.50 |
| | Carmen Ramsey | - | $ 195.00 | $ - |
| | Tess Wolff | - | $ 195.00 | $ - |
| | Laura Clemente | 62.9 | $ 195.00 | $ 12,265.50 |
| | Steven Prager | - | $ 195.00 | $ - |
| | Chase Meadows | - | $ 195.00 | $ - |
| | Evelyn Chua | - | $ 195.00 | $ - |
| | Alison Chen | 0.5 | $ 195.00 | $ 97.50 |
| | Neydi Lennard | - | $ 95.00 | $ - |
| **Total Claims Administration and Objections** | | **70.1** | | **$ 14,540.50** |
| | | | | |
| **Forensic Accounting** | | | | |
| | Michael Fuqua | 11.5 | $ 325.00 | $ 3,737.50 |
| | Laura Clemente | 5.1 | $ 195.00 | $ 994.50 |
| **Total Forensic Accounting** | | **16.6** | | **$ 4,732.00** |
| | | | | |
| **Status Reports** | | | | |
| | Michael Fuqua | 1.2 | $ 325.00 | $ 390.00 |
| | Laura Clemente | 3.1 | $ 195.00 | $ 604.50 |
| **Total Status Reports** | | **4.3** | | **$ 994.50** |
| | | | | |
| **Tax Issues** | | | | |
| | Michael Fuqua | 2.1 | $ 325.00 | $ 682.50 |
| | Laura Clemente | 0.2 | $ 195.00 | $ 39.00 |
| **Total Tax Issues** | | **2.3** | | **$ 721.50** |
| | | | | |
| **Total** | | **101.3** | | **$ 23,003.50** |

**GlassRatner Advisory & Capital Group, LLC**
**Summary of Fees**
**SEC v. Zhunrize Inc and Jeff Pan**
**October 1, 2017 through December 31, 2017**

| Professional | Date | Description | Hours | Amount |
|---|---|---|---:|---:|
| **Accounting/Auditing** | | | | |
| Laura Clemente | 10/02/17 | Correspondence with Wells Fargo regarding stop payment request | 0.10 | $ 19.50 |
| Laura Clemente | 10/10/17 | Reconcile bank statement; update check register with returned check; reconcile cleared distribution checks to total allowed claims amount | 1.20 | $ 234.00 |
| Laura Clemente | 10/30/17 | Process payment to BMC | 0.40 | $ 78.00 |
| Laura Clemente | 11/16/17 | Process payables | 0.30 | $ 58.50 |
| Laura Clemente | 11/16/17 | Reconcile bank statement | 0.90 | $ 175.50 |
| Laura Clemente | 11/29/17 | Review BMC invoice; prepare payment regarding same | 0.60 | $ 117.00 |
| Laura Clemente | 12/18/17 | Process payables; correspondence with Counsel regarding same; correspondence with Wells Fargo regarding outstanding checks | 0.60 | $ 117.00 |
| | | **Total Accounting/Auditing** | **4.10** | **$ 799.50** |
| **Case Administration** | | | | |
| Laura Clemente | 12/05/17 | Status call with Receiver and Counsel | 0.40 | $ 78.00 |
| | | **Total Case Administration** | **0.40** | **$ 78.00** |
| **Claims Administration and Objections** | | | | |
| Laura Clemente | 10/02/17 | Review and edit updates to Receivership website | 1.90 | $ 370.50 |
| Laura Clemente | 10/02/17 | Review and respond to Investor inquiries regarding distribution checks; related research | 1.30 | $ 253.50 |
| Laura Clemente | 10/02/17 | Status meeting with Receiver | 0.60 | $ 117.00 |
| Laura Clemente | 10/12/17 | Review and respond to investor inquiries to Receiver and claims administrator; update address changes and prepare list for next distribution of checks with confirmed mailing addresses | 2.00 | $ 390.00 |
| Laura Clemente | 10/13/17 | Calls and correspondences with Investors responding to calls regarding outstanding disbursements | 0.30 | $ 58.50 |
| Laura Clemente | 10/13/17 | Research phone numbers for 2 additional claimants in Korea to call; correspondence with Counsel regarding same; prepare domestic distribution list; correspondence with BMC regarding same | 0.70 | $ 136.50 |
| Laura Clemente | 10/13/17 | Review email responses to Receiver and Claims administrator regarding address updates; correspondence with BMC regarding additional address changes; update claims and related schedules | 0.40 | $ 78.00 |
| Laura Clemente | 10/16/17 | Reconcile current distribution status of claims and related checks status of claims as of June 30, 2017 | 1.90 | $ 370.50 |
| Laura Clemente | 10/16/17 | Review and edit checks to be printed for reissue; call and correspondence with BMC regarding same | 0.80 | $ 156.00 |
| Laura Clemente | 10/18/17 | Meeting with Receiver regarding claims | 1.10 | $ 214.50 |
| Laura Clemente | 10/18/17 | Review updated checks for reissue; confirm mailing addresses and amounts; correspondence with BMC regarding same | 0.50 | $ 97.50 |
| Laura Clemente | 10/19/17 | Call with BMC and Receiver regarding claim review | 0.60 | $ 117.00 |
| Laura Clemente | 10/19/17 | Review check register received from BMC regarding 10/13/17 printing | 0.20 | $ 39.00 |
| Laura Clemente | 10/19/17 | Review comments and progress regarding calls to Korea regarding undeliverable distributions | 0.30 | $ 58.50 |
| Laura Clemente | 10/19/17 | Review datafile of claims from BMC and prepare subsets of claims for review; call with BMC regarding next steps and tasks | 1.00 | $ 195.00 |
| Laura Clemente | 10/19/17 | Review June email analysis and related claims | 0.60 | $ 117.00 |
| Laura Clemente | 10/19/17 | Review supporting documentation for claims under review | 1.30 | $ 253.50 |
| Laura Clemente | 10/19/17 | Working session with Receiver regarding claim review | 1.50 | $ 292.50 |
| Laura Clemente | 10/20/17 | Call with BMC re: claim review | 0.20 | $ 39.00 |
| Laura Clemente | 10/20/17 | Continue to review supporting documentation for claims under review | 1.30 | $ 253.50 |
| Laura Clemente | 10/20/17 | Continue to review supporting documentation for claims under review | 1.70 | $ 331.50 |
| Laura Clemente | 10/20/17 | Review supporting documentation for claims under review | 1.00 | $ 195.00 |
| Laura Clemente | 10/23/17 | Call with Receiver and BMC re: claim review | 0.50 | $ 97.50 |
| Laura Clemente | 10/23/17 | Continue to review supporting documentation for claims under review | 1.40 | $ 273.00 |
| Laura Clemente | 10/23/17 | Continue to review supporting documentation for claims under review | 0.80 | $ 156.00 |
| Laura Clemente | 10/23/17 | Review supporting documentation for claims under review | 1.80 | $ 351.00 |
| Laura Clemente | 10/26/17 | Review amended agreement between Vodaplex and Zhunrize; prepare source and use analysis of same | 2.00 | $ 390.00 |

**GlassRatner Advisory & Capital Group, LLC**
**Summary of Fees**
**SEC v. Zhunrize Inc and Jeff Pan**
**October 1, 2017 through December 31, 2017**

| Professional | Date | Description | Hours | Amount |
|---|---|---|---|---|
| Laura Clemente | 10/26/17 | Review and compare bi-monthly new store purchases to Vodaware invoices, and hosting fees paid | 1.60 | $ 312.00 |
| Laura Clemente | 10/30/17 | Review and update commissions clawback list; research addresses in database for updated contact information; correspondence with Counsel and Receiver regarding same | 1.50 | $ 292.50 |
| Laura Clemente | 10/30/17 | Review emails from Vodaware regarding invoice preparation and reconciliation; review supporting data provided by Vodaware and Braintree; meeting with Receiver regarding same | 1.90 | $ 370.50 |
| Laura Clemente | 11/02/17 | Research books and records regarding supporting documentation for claims under review | 1.60 | $ 312.00 |
| Laura Clemente | 11/02/17 | Continue to research books and records regarding supporting documentation for claims under review | 1.50 | $ 292.50 |
| Laura Clemente | 11/02/17 | Continue to research books and records regarding supporting documentation for claims under review | 1.70 | $ 331.50 |
| Laura Clemente | 11/02/17 | Working session with Receiver regarding distributions to claimants | 0.50 | $ 97.50 |
| Laura Clemente | 11/03/17 | Meeting with Receiver re: claims reviewed | 0.30 | $ 58.50 |
| Laura Clemente | 11/03/17 | Review and respond to inquiries from Investors regarding claims and associated distributions | 1.30 | $ 253.50 |
| Laura Clemente | 11/06/17 | Correspondence with investors regarding address changes and updated address requests; update database and schedule tracking undistributed net allowed claims and related updates | 1.60 | $ 312.00 |
| Laura Clemente | 11/06/17 | Correspondence with Investors who missed the deadline to file or amend a claim; related research regarding when and why claims were disallowed | 0.80 | $ 156.00 |
| Laura Clemente | 11/06/17 | Review and research correspondence from Investors regarding calls from Counsel due to lack of response to claims administrators requests for updated contact information; research identification and addresses emailed to the claims administrator without additional identifying information regarding the claim number or name; related correspondence; update claims and schedule tracking undistributed new allowed claims | 1.80 | $ 351.00 |
| Laura Clemente | 11/07/17 | Calls to claimants regarding net allowed claims that have been undeliverable and not responsive to emails; update claims regarding same | 1.70 | $ 331.50 |
| Laura Clemente | 11/07/17 | Review and confirm updated addresses for undistributed net allowed claims; update request to BMC to update claim contact information; research missing postal code | 1.20 | $ 234.00 |
| Laura Clemente | 11/17/17 | Review and respond to investors responding to calls and correspondence from the claims administrator regarding undelivered distributions; update claims and related schedules with changes to contact information | 1.70 | $ 331.50 |
| Laura Clemente | 11/17/17 | Review and respond to investors responding to calls received from counsel regarding undelivered distributions; research regarding claim and identification provided; update claims and related schedules with changes to contact information | 1.90 | $ 370.50 |
| Laura Clemente | 11/20/17 | Review and respond to investor inquiries regarding allowed claims; related research; prepare list of distribution checks to be resent with updated mailing addresses; correspondence with BMC regarding same | 1.20 | $ 234.00 |
| Laura Clemente | 11/20/17 | Status meeting with Receiver | 0.30 | $ 58.50 |
| Laura Clemente | 11/27/17 | Prepare financial statements for 2014 federal and state tax return preparation | 1.90 | $ 370.50 |
| Laura Clemente | 11/27/17 | Review distribution checks to be printed; correspondence with BMC regarding same; review claims administrator email box; respond to investors regarding claims filed | 0.90 | $ 175.50 |
| Laura Clemente | 11/27/17 | Status meeting with Receiver | 0.30 | $ 58.50 |
| Laura Clemente | 12/05/17 | Call with BMC regarding Investor inquiry | 0.30 | $ 58.50 |
| Laura Clemente | 12/06/17 | Correspondence with BMC regarding Investor inquiry | 0.10 | $ 19.50 |
| Laura Clemente | 12/07/17 | Prepare for meeting with Investor on December 8, 2017 | 1.60 | $ 312.00 |
| Laura Clemente | 12/08/17 | Meeting with Investor regarding disallowed claims | 0.50 | $ 97.50 |
| Alison Chen | 12/11/17 | Research and edit addresses on lost checks | 0.30 | $ 58.50 |
| Laura Clemente | 12/11/17 | Calls with Investor regarding commissions demanded | 0.50 | $ 97.50 |
| Laura Clemente | 12/11/17 | Review and respond to investor emails regarding address changes and checks not received; update claims with new addresses; correspondence with BMC and investor regarding check held at Korean FedEx facility undelivered | 1.90 | $ 370.50 |
| Alison Chen | 12/13/17 | Research and edit addresses on lost checks | 0.20 | $ 39.00 |

**GlassRatner Advisory & Capital Group, LLC**
**Summary of Fees**
**SEC v. Zhunrize Inc and Jeff Pan**
**October 1, 2017 through December 31, 2017**

| Professional | Date | Description | Hours | Amount |
|---|---|---|---:|---:|
| Laura Clemente | 12/13/17 | Call with Wells Fargo regarding fraudulent distribution check presented; correspondence with Investor regarding same; correspondence with Counsel regarding same; correspondence with Wells Fargo to place stop payment on original distribution check; correspondence with Investors regarding distribution checks not received | 1.60 | $ 312.00 |
| Laura Clemente | 12/14/17 | Reconcile bank account; prepare stop payment request for Wells Fargo | 1.20 | $ 234.00 |
| Laura Clemente | 12/18/17 | Prepare commissions clawbacks for deposit | 0.30 | $ 58.50 |
| | | **Total Claims Administration and Objections** | **63.40** | **$ 12,363.00** |
| **Forensic Accounting** | | | | |
| Laura Clemente | 10/23/17 | Working session with Receiver regarding past analysis of Vodaware invoices of active stores in preparation for meeting with W Berger's Counsel | 0.70 | $ 136.50 |
| Laura Clemente | 10/26/17 | Prepare schedule comparing 2014 tax returns to monthly expenses provided by prior Vodaware Counsel and nine months of bank statements for WF account 5283 | 1.50 | $ 292.50 |
| Laura Clemente | 10/26/17 | Meeting with W Berger and Counsel regarding possiblity for settlement | 2.50 | $ 487.50 |
| Laura Clemente | 10/30/17 | Meeting with Receiver regarding Vodaware data | 0.40 | $ 78.00 |
| | | **Total Forensic Accounting** | **5.10** | **$ 994.50** |
| **Status Reports** | | | | |
| Laura Clemente | 10/10/17 | Prepare SFAR and quarterly information for Receiver's report | 1.70 | $ 331.50 |
| Laura Clemente | 10/16/17 | Analysis of distribution and claims data for Receiver's report | 1.20 | $ 234.00 |
| Laura Clemente | 10/30/17 | Review Receivers report; prepare SFAR for Receiver signature | 0.20 | $ 39.00 |
| | | **Total Status Reports** | **3.10** | **$ 604.50** |
| **Tax Issues** | | | | |
| Laura Clemente | 12/01/17 | Call with Cherry Bekaert and Receiver regarding 2014 corporate tax returns | 0.20 | $ 39.00 |
| | | **Total Tax Issues** | **0.20** | **$ 39.00** |
| | | **Total** | **76.30** | **$ 14,878.50** |



February 21, 2018                                                                                  Invoice # :  28608

MICHAEL FUQUA
3445 PEACHTREE ROAD
SUITE 1225
ATLANTA GA 30326

In Reference To: **Zhunrize Receivership**

For professional services rendered during the period  October 01, 2017   through   December 31, 2017

**Billing Recap by Professional**

| Name | Hours | Rate |
|---|---|---|
| Laura Clemente | 75.80 | 195.00 |
| Alison Chen | 0.50 | 195.00 |

|  | Hours | Amount |
|---|---|---|
| Subtotal of charges |  | $14,878.50 |
| Total Professional Service Fees | 76.30 | $14,878.50 |
| Previous balance |  | $25,040.58 |
| 12/21/2017  Payment - Thank You No. 103958 |  | ($25,040.58) |
| Total payments and adjustments |  | ($25,040.58) |
| Balance due |  | $14,878.50 |

**Thank you for working with GlassRatner, we don't take our clients for granted.**

For our wiring instructions, please contact GlassRatner directly using the contact information below.             Tax ID Number:  58-2660177
3445 Peachtree Rd., NE, Suite 1225 | Atlanta, GA 30326 | Tel: 678.904.1990 Fax: 678.904.1991 | www.glassratner.com

**Professional Services Detail**

| Date | Professional | Description | Hours |
|---|---|---|---|
| 10/2/2017 | L. Clemente | Correspondence with Wells Fargo regarding stop payment request | 0.10 |
| | L. Clemente | Status meeting with Receiver | 0.60 |
| | L. Clemente | Review and respond to Investor inquiries regarding distribution checks; related research | 1.30 |
| | L. Clemente | Review and edit updates to Receivership website | 1.90 |
| 10/10/2017 | L. Clemente | Reconcile bank statement; update check register with returned check; reconcile cleared distribution checks to total allowed claims amount | 1.20 |
| | L. Clemente | Prepare SFAR and quarterly information for Receiver's report | 1.70 |
| 10/12/2017 | L. Clemente | Review and respond to investor inquiries to Receiver and claims administrator; update address changes and prepare list for next distribution of checks with confirmed mailing addresses | 2.00 |
| 10/13/2017 | L. Clemente | Calls and correspondences with Investors responding to calls regarding outstanding disbursements | 0.30 |
| | L. Clemente | Review email responses to Receiver and Claims administrator regarding address updates; correspondence with BMC regarding additional address changes; update claims and related schedules | 0.40 |
| | L. Clemente | Research phone numbers for 2 additional claimants in Korea to call; correspondence with Counsel regarding same; prepare domestic distribution list; correspondence with BMC regarding same | 0.70 |
| 10/16/2017 | L. Clemente | Review and edit checks to be printed for reissue; call and correspondence with BMC regarding same | 0.80 |
| | L. Clemente | Analysis of distribution and claims data for Receiver's report | 1.20 |
| | L. Clemente | Reconcile current distribution status of claims and related checks status of claims as of June 30, 2017 | 1.90 |
| 10/18/2017 | L. Clemente | Review updated checks for reissue; confirm mailing addresses and amounts; correspondence with BMC regarding same | 0.50 |
| | L. Clemente | Meeting with Receiver regarding claims | 1.10 |
| 10/19/2017 | L. Clemente | Review check register received from BMC regarding 10/13/17 printing | 0.20 |
| | L. Clemente | Review comments and progress regarding calls to Korea regarding undeliverable distributions | 0.30 |
| | L. Clemente | Call with BMC and Receiver regarding claim review | 0.60 |
| | L. Clemente | Review June email analysis and related claims | 0.60 |
| | L. Clemente | Review datafile of claims from BMC and prepare subsets of claims for review; call with BMC regarding next steps and tasks | 1.00 |
| | L. Clemente | Review supporting documentation for claims under review | 1.30 |
| | L. Clemente | Working session with Receiver regarding claim review | 1.50 |
| 10/20/2017 | L. Clemente | Call with BMC re: claim review | 0.20 |
| | L. Clemente | Review supporting documentation for claims under review | 1.00 |
| | L. Clemente | Continue to review supporting documentation for claims under review | 1.30 |
| | L. Clemente | Continue to review supporting documentation for claims under review | 1.70 |
| 10/23/2017 | L. Clemente | Call with Receiver and BMC re: claim review | 0.50 |
| | L. Clemente | Working session with Receiver regarding past analysis of Vodaware invoices of active stores in preparation for meeting with W Berger's Counsel | 0.70 |
| | L. Clemente | Continue to review supporting documentation for claims under review | 0.80 |
| | L. Clemente | Continue to review supporting documentation for claims under review | 1.40 |
| | L. Clemente | Review supporting documentation for claims under review | 1.80 |
| 10/26/2017 | L. Clemente | Prepare schedule comparing 2014 tax returns to monthly expenses provided by prior Vodaware Counsel and nine months of bank statements for WF account 5283 | 1.50 |
| | L. Clemente | Review and compare bi-monthly new store purchases to Vodaware invoices, and hosting fees paid | 1.60 |
| | L. Clemente | Review amended agreement between Vodaplex and Zhunrize; prepare source and use analysis of same | 2.00 |
| | L. Clemente | Meeting with W Berger and Counsel regarding possiblity for settlement | 2.50 |
| 10/30/2017 | L. Clemente | Review Receivers report; prepare SFAR for Receiver signature | 0.20 |
| | L. Clemente | Process payment to BMC | 0.40 |
| | L. Clemente | Review and update commissions clawback list; research addresses in database for updated contact information; correspondence with Counsel and Receiver regarding same | 1.50 |

| Date | Who | Description | Hours |
|---|---|---|---|
| 10/30/2017 | L. Clemente | Review emails from Vodaware regarding invoice preparation and reconciliation; review supporting data provided by Vodaware and Braintree; meeting with Receiver regarding same | 1.90 |
| | L. Clemente | Meeting with Receiver regarding Vodaware data | 0.40 |
| 11/2/2017 | L. Clemente | Working session with Receiver regarding distributions to claimants | 0.50 |
| | L. Clemente | Continue to research books and records regarding supporting documentation for claims under review | 1.50 |
| | L. Clemente | Research books and records regarding supporting documentation for claims under review | 1.60 |
| | L. Clemente | Continue to research books and records regarding supporting documentation for claims under review | 1.70 |
| 11/3/2017 | L. Clemente | Meeting with Receiver re: claims reviewed | 0.30 |
| | L. Clemente | Review and respond to inquiries from Investors regarding claims and associated distributions | 1.30 |
| 11/6/2017 | L. Clemente | Correspondence with Investors who missed the deadline to file or amend a claim; related research regarding when and why claims were disallowed | 0.80 |
| | L. Clemente | Correspondence with investors regarding address changes and updated address requests; update database and schedule tracking undistributed net allowed claims and related updates | 1.60 |
| | L. Clemente | Review and research correspondence from Investors regarding calls from Counsel due to lack of response to claims administrators requests for updated contact information; research identification and addresses emailed to the claims administrator without additional identifying information regarding the claim number or name; related correspondence; update claims and schedule tracking undistributed new allowed claims | 1.80 |
| 11/7/2017 | L. Clemente | Review and confirm updated addresses for undistributed net allowed claims; update request to BMC to update claim contact information; research missing postal code | 1.20 |
| | L. Clemente | Calls to claimants regarding net allowed claims that have been undeliverable and not responsive to emails; update claims regarding same | 1.70 |
| 11/16/2017 | L. Clemente | Process payables | 0.30 |
| | L. Clemente | Reconcile bank statement | 0.90 |
| 11/17/2017 | L. Clemente | Review and respond to investors responding to calls and correspondence from the claims administrator regarding undelivered distributions; update claims and related schedules with changes to contact information | 1.70 |
| | L. Clemente | Review and respond to investors responding to calls received from counsel regarding undelivered distributions; research regarding claim and identification provided; update claims and related schedules with changes to contact information | 1.90 |
| 11/20/2017 | L. Clemente | Status meeting with Receiver | 0.30 |
| | L. Clemente | Review and respond to investor inquiries regarding allowed claims; related research; prepare list of distribution checks to be resent with updated mailing addresses; correspondence with BMC regarding same | 1.20 |
| 11/27/2017 | L. Clemente | Status meeting with Receiver | 0.30 |
| | L. Clemente | Review distribution checks to be printed; correspondence with BMC regarding same; review claims administrator email box; respond to investors regarding claims filed | 0.90 |
| | L. Clemente | Prepare financial statements for 2014 federal and state tax return preparation | 1.90 |
| 11/29/2017 | L. Clemente | Review BMC invoice; prepare payment regarding same | 0.60 |
| 12/1/2017 | L. Clemente | Call with Cherry Bekaert and Receiver regarding 2014 corporate tax returns | 0.20 |
| 12/5/2017 | L. Clemente | Call with BMC regarding Investor inquiry | 0.30 |
| | L. Clemente | Status call with Receiver and Counsel | 0.40 |
| 12/6/2017 | L. Clemente | Correspondence with BMC regarding Investor inquiry | 0.10 |
| 12/7/2017 | L. Clemente | Prepare for meeting with Investor on December 8, 2017 | 1.60 |
| 12/8/2017 | L. Clemente | Meeting with Investor regarding disallowed claims | 0.50 |
| 12/11/2017 | A. Chen | Research and edit addresses on lost checks | 0.30 |
| | L. Clemente | Calls with Investor regarding commissions demanded | 0.50 |
| | L. Clemente | Review and respond to investor emails regarding address changes and checks not received; update claims with new addresses; correspondence with BMC and investor regarding check held at Korean FedEx facility undelivered | 1.90 |
| 12/13/2017 | A. Chen | Research and edit addresses on lost checks | 0.20 |

|  |  |  | Hours |
|---|---|---|---|
| 12/13/2017 | L. Clemente | Call with Wells Fargo regarding fraudulent distribution check presented; correspondence with Investor regarding same; correspondence with Counsel regarding same; correspondence with Wells Fargo to place stop payment on original distribution check; correspondence with Investors regarding distribution checks not received | 1.60 |
| 12/14/2017 | L. Clemente | Reconcile bank account; prepare stop payment request for Wells Fargo | 1.20 |
| 12/18/2017 | L. Clemente | Prepare commissions clawbacks for deposit | 0.30 |
|  | L. Clemente | Process payables; correspondence with Counsel regarding same; correspondence with Wells Fargo regarding outstanding checks | 0.60 |
|  |  | Total | 76.30 |

GlassRatner Advisory & Capital Group LLC