# BRYAN CAVE

**BRYAN CAVE LLP** ATLANTA BOULDER CHARLOTTE CHICAGO COLORADO SPRINGS DALLAS DENVER FRANKFURT HAMBURG IRVINE JEFFERSON CITY
KANSAS CITY LOS ANGELES MIAMI NEW YORK PARIS PHOENIX SAN FRANCISCO SHANGHAI ST. LOUIS WASHINGTON, D.C.

EMPLOYER IDENTIFICATION NUMBER: 43-0602162

Michael Fuqua
c/o Glassratner Advisory & Capital Group LLC
3424 Peachtree Road
Suite 205
Atlanta, GA 30326

November 20, 2017
Invoice # 10728187
Client # C083670

Payment is due upon Receipt

## STATEMENT OF ACCOUNT

**BALANCE FORWARD:**

| | | | |
|---|---|---|---|
| Balance per Statement Dated October 17, 2017 | $ | 21,111.40 | |
| Payments and Other Credits | $ | 0.00 | |
| BALANCE FORWARD | | $ | 21,111.40 |

**CURRENT CHARGES FOR MATTER:**

File #0376894
Advice to the SEC in receivership of Zhunrize.

| | | |
|---|---|---|
| Subtotal Fees for Legal Services | $ | 27,183.00 |
| ADJUSTMENT LINE per blended rate | | (7,166.00) |
| Total Fees for Legal Services | | 20,017.00 |
| Expenses and Other Charges | | 1,241.30 |
| **TOTAL CHARGES THIS INVOICE** | **$** | **21,258.30** |

| | | |
|---|---|---|
| Statement Total Including Balance Forward | $ | 42,369.70 |

Bryan Cave LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

### PAYMENT INSTRUCTIONS

| Check Payment Instructions: | ACH Payment Instructions: | Wire Instructions: |
|---|---|---|
| Bryan Cave LLP | ACH to: Bank of America | Wire to: Bank of America |
| P.O. Box 503089 | One Bank of America Plaza | One Bank of America Plaza |
| St. Louis, MO 63150-3089 | St. Louis, MO 63101 | St. Louis, MO 63101 |
| | Routing #081000032 | ABA #0260-0950-3 |
| Please return Remittance Advice with | Account # 100101007976 | Account # 100101007976 |
| payment in the enclosed envelope. | | Swift Codes: |
| | | BOFAUS3N (incoming US wires) |
| | | BOFAUS6S (incoming Non-US wires) |

**Please include the Client, Matter, or Invoice Number with all payments.**

Michael Fuqua

November 20, 2017
Invoice # 10728187
Client # C083670
Page 2

For Legal Services Rendered Through October 31, 2017

File # 0376894
Advice to the SEC in receivership of Zhunrize.

| Date | Attorney | | Hours | Amount | Description |
|---|---|---|---|---|---|
| 10/02/17 | J. D. Odom | 04 | 1.20 hrs. | 780.00 | Revise correspondence to D. Kim's attorney regarding denial of claims; confer regarding S. Pan's default in the new case; telephone call from investor regarding check; confer with T. G. Choi regarding telephone calls to S. Korea; confer with L. Clemente regarding reissuing check |
| 10/03/17 | J. D. Odom | 04 | 0.30 hrs. | 195.00 | Telephone call and email from G. Thrasher regarding the demand/complaint on S. Pan; confer with A. W. Ferebee regarding answer deadline and default. |
| 10/03/17 | A. W. Ferebee | 04 | 0.40 hrs. | 198.00 | Research regarding response to motion to dismiss filed by Vodaware defendants. |
| 10/04/17 | J. D. Odom | 04 | 0.20 hrs. | 130.00 | Confer regarding claimant's check; telephone call from claimant. |
| 10/04/17 | A. W. Ferebee | 04 | 2.30 hrs. | 1,138.50 | Prepare response to motion to dismiss filed by W. Berger and Vodaware. |
| 10/05/17 | J. D. Odom | 04 | 0.20 hrs. | 130.00 | Confer with A. W. Ferebee regarding S. Pan's default; telephone call to G. Thrasher. |
| 10/05/17 | A. W. Ferebee | 04 | 2.50 hrs. | 1,237.50 | Prepare response to motion to dismiss filed by W. Berger and Vodaware. |
| 10/06/17 | J. D. Odom | 04 | 0.20 hrs. | 130.00 | Confer with A. W. Ferebee regarding request from S. Pan regarding default. |
| 10/06/17 | A. W. Ferebee | 04 | 3.30 hrs. | 1,633.50 | Prepare response in opposition to motion to dismiss filed by Vodaware Defendants. |
| 10/08/17 | A. W. Ferebee | 04 | 2.50 hrs. | 1,237.50 | Prepare response in opposition to motion to dismiss filed by Vodaware Defendants. |
| 10/09/17 | J. D. Odom | 04 | 0.20 hrs. | 130.00 | Review request for extension from |

Michael Fuqua

November 20, 2017
Invoice # 10728187
Client # C083670
Page 3

| | | | | | |
|---|---|---|---|---|---|
| | | | | | S. Pan and confer with A. W. Ferebee. |
| 10/10/17 | E. S. Labelle | 14 | 1.00 hrs. | 565.00 | Review summary of receivership tax issues; conference with client regarding same; analysis with M. E. Dolan regarding same. |
| 10/10/17 | J. D. Odom | 04 | 1.00 hrs. | 650.00 | Revise response to motion to dismiss filed by W. Berger and Vodaware; confer with A. W. Ferebee; review final revisions. |
| 10/10/17 | J. D. Odom | 04 | 0.60 hrs. | 390.00 | Review questions from M. Fuqua regarding tax issues; confer with F. A. Crisafi regarding tax assistance; various correspondence with E. Labelle regarding tax questions. |
| 10/10/17 | J. D. Odom | 04 | 0.10 hrs. | 65.00 | Telephone call with T. G. Choi regarding contacting S. Korean investors. |
| 10/10/17 | A. W. Ferebee | 04 | 3.30 hrs. | 1,633.50 | Complete and file response in opposition to Vodaware Defendants' motion to dismiss. |
| 10/10/17 | M. E. Dolan | 14 | 0.30 hrs. | 111.00 | Analyze background of tax filing issue with E. S. Labelle. |
| 10/11/17 | T. G. Choi | 05 | 0.60 hrs. | 255.00 | Review call script to call claimants in South Korea. |
| 10/12/17 | J. D. Odom | 04 | 0.20 hrs. | 130.00 | Confer with T. G. Choi regarding questions following telephone call with claimant; confer with M. Fuqua. |
| 10/12/17 | T. G. Choi | 05 | 0.90 hrs. | 382.50 | Contact claimants in South Korea regarding address issue. |
| 10/13/17 | J. D. Odom | 04 | 0.50 hrs. | 325.00 | Telephone call with M. Fuqua regarding next steps and strategy; review list of additional claimants in S. Korea regarding unclaimed checks. |
| 10/16/17 | M. E. Dolan | 14 | 0.40 hrs. | 148.00 | Review and analyze background information to determine next steps for tax filings for receivership fund. |
| 10/17/17 | A. W. Ferebee | 04 | 0.20 hrs. | 99.00 | Conference with opposing counsel regarding extension of time to respond to complaint. |
| 10/17/17 | M. E. Dolan | 14 | 2.70 hrs. | 999.00 | Research and analyze next steps |

Michael Fuqua

November 20, 2017
Invoice # 10728187
Client # C083670
Page 4

| | | | | | |
|---|---|---|---|---|---|
| | | | | | with respect to tax filings for receivership fund. |
| 10/18/17 | E. S. Labelle | 14 | 0.80 hrs. | 452.00 | Research and analysis regarding settlement funds and filing obligations; review and comment on summary regarding same. |
| 10/18/17 | J. D. Odom | 04 | 0.80 hrs. | 520.00 | Telephone call with M. Fuqua and L. Clemente regarding claims; prepare email to T. G. Choi regarding contacting South Korean investors; prepare correspondence to J. Alloy regarding scheduling a meeting; review response. |
| 10/18/17 | A. W. Ferebee | 04 | 0.30 hrs. | 148.50 | Prepare Receiver's Eleventh Status Report for Third Quarter of 2017. |
| 10/18/17 | M. E. Dolan | 14 | 2.70 hrs. | 999.00 | Prepare analysis of next steps for receivership fund in filing tax returns; analyze draft same with E. S. Labelle; revise written analysis of next steps. |
| 10/18/17 | T. G. Choi | 05 | 2.40 hrs. | 1,020.00 | Contact list of claimants in South Korea regarding confirmation of address. |
| 10/19/17 | E. S. Labelle | 14 | 0.80 hrs. | 452.00 | Review and comment regarding summary of filing obligations for qualified settlement fund. |
| 10/19/17 | M. E. Dolan | 14 | 1.50 hrs. | 555.00 | Analyze description of next steps for receiver with E. S. Labelle; revise written analysis of next steps. |
| 10/19/17 | T. G. Choi | 05 | 0.40 hrs. | 170.00 | Continue contacting claimants in South Korea regarding confirmation of address. |
| 10/20/17 | A. W. Ferebee | 04 | 0.40 hrs. | 198.00 | Revise Receiver's Eleventh Status Report for Third Quarter of 2017. |
| 10/20/17 | M. E. Dolan | 14 | 1.30 hrs. | 481.00 | Revise written analysis of next steps to include tax filings for entity. |
| 10/23/17 | J. D. Odom | 04 | 0.40 hrs. | 260.00 | Confer with J. Alloy and M. Fuqua regarding meeting. |
| 10/23/17 | A. W. Ferebee | 04 | 0.20 hrs. | 99.00 | Various correspondence with opposing counsel regarding meeting. |
| 10/24/17 | E. S. Labelle | 14 | 0.80 hrs. | 452.00 | Research and analysis regarding |

Michael Fuqua

November 20, 2017
Invoice # 10728187
Client # C083670
Page 5

| | | | | | |
|---|---|---|---|---|---|
| | | | | | designated settlement funds, qualified settlement funds, and required elections; review and comment regarding summary of filing obligations for receiver and receivership fund. |
| 10/24/17 | J. D. Odom | 04 | 0.80 hrs. | 520.00 | Confer with A. W. Ferebee regarding documents to send to opposing counsel; review documents regarding claims deadline, bar and order; review documents from M. Fuqua. |
| 10/24/17 | A. W. Ferebee | 04 | 3.30 hrs. | 1,633.50 | Prepare for meeting with opposing counsel regarding complaint against Vodaware entities. |
| 10/24/17 | M. E. Dolan | 14 | 0.60 hrs. | 222.00 | Revise analysis of next steps for receiver based on receipt of tax returns for receivership fund. |
| 10/25/17 | J. D. Odom | 04 | 0.50 hrs. | 325.00 | Review documents and proposed correspondence with W. Berger's counsel; telephone call with A. W. Ferebee regarding the correspondence. |
| 10/25/17 | A. W. Ferebee | 04 | 1.30 hrs. | 643.50 | Prepare for meeting with opposing counsel. |
| 10/25/17 | M. E. Dolan | 14 | 0.70 hrs. | 259.00 | Revise analysis of next steps based on interpretation of law regarding income to transferor upon transfer. |
| 10/26/17 | E. S. Labelle | 14 | 0.30 hrs. | 169.50 | Review and revise summary of filing obligations. |
| 10/26/17 | J. D. Odom | 04 | 3.10 hrs. | 2,015.00 | Prepare for and meet with J. Alloy, M. Parrish, and W. Berger and client team M. Fuqua, L. Clemente and A. W. Ferebee regarding lawsuit and claims; meet with M. Fuqua and L. Clemente regarding various outstanding matters and next steps. |
| 10/26/17 | A. W. Ferebee | 04 | 3.70 hrs. | 1,831.50 | Meet with opposing counsel to discuss Vodaware litigation; follow-up regarding same. |
| 10/27/17 | A. W. Ferebee | 04 | 0.20 hrs. | 99.00 | Review Receiver's Eleventh Status Report. |
| 10/30/17 | A. W. Ferebee | 04 | 0.70 hrs. | 346.50 | Complete and file Receiver's Eleventh Status Report for Third |

Michael Fuqua

November 20, 2017
Invoice # 10728187
Client # C083670
Page 6

Quarter 2017.

| 10/31/17 | J. D. Odom | 04 | 0.80 hrs. | 520.00 | Confer with M. Fuqua regarding demand on T. Spencer; telephone call from T. Spencer's counsel; confer regarding documents and claims. |
| 10/31/17 | A. W. Ferebee | 04 | 0.20 hrs. | 99.00 | Conference with counsel for T. Spencer and follow up with Receiver regarding same. |

## TIMEKEEPER SUMMARY OF FEES

| Name | Hours | Rate/Hr | Amount |
|---|---|---|---|
| E. S. Labelle | 3.70 | 565.00 | 2,090.50 |
| J. D. Odom | 11.10 | 650.00 | 7,215.00 |
| A. W. Ferebee | 24.80 | 495.00 | 12,276.00 |
| M. E. Dolan | 10.20 | 370.00 | 3,774.00 |
| T. G. Choi | 4.30 | 425.00 | 1,827.50 |
| TOTAL | 54.10 | 502.46 | 27,183.00 |

Total Hours                                54.10

Subtotal Fees for Legal Services            $      27,183.00

ADJUSTMENT LINE per blended rate            $      (7,166.00)

Total Fees for Legal Services               $      20,017.00

## EXPENSES AND OTHER CHARGES

| 10/24/17 | Search Fee - TransUnion Risk and Alternative Data Solutions, Inc. - TLO September 2017 usage | 155.00 |
|---|---|---|
| | Copy Charges | 1.50 |
| | Westlaw Computerized Research | 1,084.80 |

Total Expenses and Other Charges            $       1,241.30

TOTAL CHARGES FOR THIS INVOICE              $      21,258.30

# BRYAN CAVE

**BRYAN CAVE LLP**   ATLANTA   BOULDER   CHARLOTTE   CHICAGO   COLORADO SPRINGS   DALLAS   DENVER   FRANKFURT   HAMBURG   IRVINE   JEFFERSON CITY
KANSAS CITY   LOS ANGELES   MIAMI   NEW YORK   PARIS   PHOENIX   SAN FRANCISCO   SHANGHAI   ST. LOUIS   WASHINGTON, D.C.

EMPLOYER IDENTIFICATION NUMBER: 43-0602162

Michael Fuqua                                                      November 20, 2017
c/o Glassratner Advisory & Capital Group LLC        Invoice # 10728187
3424 Peachtree Road                                           Client # C083670
Suite 205                                                             Matter # 0376894
Atlanta, GA 30326

## REMITTANCE ADVICE

**BALANCE FORWARD:**

| | | |
|---|---|---:|
| Balance per Statement Dated October 17, 2017 | $ | 21,111.40 |
| Payments and Other Credits | $ | 0.00 |
| BALANCE FORWARD | $ | 21,111.40 |

**CURRENT CHARGES**

| | | |
|---|---|---:|
| Subtotal Fees for Legal Services | $ | 27,183.00 |
| ADJUSTMENT LINE per blended rate | $ | (7,166.00) |
| Total Fees for Legal Services | $ | 20,017.00 |
| Expenses and Other Charges | $ | 1,241.30 |

| | | |
|---|---|---:|
| **TOTAL CHARGES THIS INVOICE** | **$** | **21,258.30** |

Statement Total Including Balance Forward                              $        42,369.70

### OUR RECORDS SHOW THESE INVOICES OUTSTANDING AS OF November 20, 2017

| | | | |
|---|---|---|---:|
| Balance Outstanding on Inv. | 10678573 | (Dated 05/23/17) | 775.20 |
| Balance Outstanding on Inv. | 10688142 | (Dated 06/26/17) | 5,877.75 |
| Balance Outstanding on Inv. | 10693274 | (Dated 07/17/17) | 3,556.00 |
| Balance Outstanding on Inv. | 110704759 | (Dated 08/24/17) | 3,293.00 |
| Balance Outstanding on Inv. | 110712045 | (Dated 09/22/17) | 3,724.45 |
| Balance Outstanding on Inv. | 210718461 | (Dated 10/17/17) | 3,885.00 |

Bryan Cave LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

### PAYMENT INSTRUCTIONS

| **Check Payment Instructions:** | **ACH Payment Instructions:** | **Wire Instructions:** |
|---|---|---|
| Bryan Cave LLP | ACH to:  Bank of America | Wire to:  Bank of America |
| P.O. Box 503089 | One Bank of America Plaza | One Bank of America Plaza |
| St. Louis, MO  63150-3089 | St. Louis, MO  63101 | St. Louis, MO  63101 |
| | Routing #081000032 | ABA #0260-0950-3 |
| Please return Remittance Advice with | Account # 100101007976 | Account # 100101007976 |
| payment in the enclosed envelope. | | Swift Codes: |
| | | BOFAUS3N (incoming US wires) |
| **Please include the Client, Matter, or Invoice Number with all payments.** | | BOFAUS6S (incoming Non-US wires) |

# BRYAN CAVE

**BRYAN CAVE LLP**  ATLANTA  BOULDER  CHARLOTTE  CHICAGO  COLORADO SPRINGS  DALLAS  DENVER  FRANKFURT  HAMBURG  IRVINE  JEFFERSON CITY
KANSAS CITY  LOS ANGELES  MIAMI  NEW YORK  PARIS  PHOENIX  SAN FRANCISCO  SHANGHAI  ST. LOUIS  WASHINGTON, D.C.

EMPLOYER IDENTIFICATION NUMBER: 43-0602162

## SUMMARY OF TIME BILL BY TASK AND ACTIVITY

Michael Fuqua

0376894        Advice to the SEC in receivership of Zhunrize.

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| **Task  04** |  | **Case Administration** |  |  |
|  |  |  | 35.90 | 19,491.00 |
|  | **TOTAL** | **TASK 04** | **35.90** | **19,491.00** |
| **Task  05** |  | **Claims Administration and Objections** |  |  |
|  |  |  | 4.30 | 1,827.50 |
|  | **TOTAL** | **TASK 05** | **4.30** | **1,827.50** |
| **Task  14** |  | **Tax Issues** |  |  |
|  |  |  | 13.90 | 5,864.50 |
|  | **TOTAL** | **TASK 14** | **13.90** | **5,864.50** |

# BRYAN CAVE

**BRYAN CAVE LLP**  ATLANTA  BOULDER  CHARLOTTE  CHICAGO  COLORADO SPRINGS  DALLAS  DENVER  FRANKFURT  HAMBURG  IRVINE  JEFFERSON CITY
KANSAS CITY  LOS ANGELES  MIAMI  NEW YORK  PARIS  PHOENIX  SAN FRANCISCO  SHANGHAI  ST. LOUIS  WASHINGTON, D.C.

EMPLOYER IDENTIFICATION NUMBER: 43-0602162

## BILLING SUMMARY

C083670     Michael Fuqua

0376894     Advice to the SEC in receivership of Zhunrize.

|  | Current | Year To Date | Inception To Date |
|---|---|---|---|
| Fees | 20,017.00 | 55,706.00 | 244,640.00 |
| Disbursements | 1,241.30 | 2,165.37 | 15,751.24 |
| Total Billed | 21,258.30 | 57,871.37 | 260,391.24 |

BRYAN CAVE

## CLIENT INVOICE APPROVAL FORM

**TO:**        Billing Dept.-

**FROM:**      Bill Preparer # 011395

**RE:**        Invoice # 10728187
Client # C083670 - Jennifer Odom as Receiver for Zhunrize, Inc.
Matter # 0376894 - Advice to the SEC in receivership of Zhunrize.

**eBill Vendor:**

NOTE to BPrep:

Invoice Date: November 20, 2017           Format: 53-SMTSKSUM

# BRYAN CAVE

**BRYAN CAVE LLP** ATLANTA  BOULDER  CHARLOTTE  CHICAGO  COLORADO SPRINGS  DALLAS  DENVER  FRANKFURT  HAMBURG  IRVINE  JEFFERSON CITY
KANSAS CITY  LOS ANGELES  MIAMI  NEW YORK  PARIS  PHOENIX  SAN FRANCISCO  SHANGHAI  ST. LOUIS  WASHINGTON, D.C.

EMPLOYER IDENTIFICATION NUMBER: 43-0602162

Michael Fuqua
c/o Glassratner Advisory & Capital Group LLC
3424 Peachtree Road
Suite 205
Atlanta, GA 30326

December 20, 2017
Invoice # 110737671
Client # C083670

Payment is due upon
Receipt

## STATEMENT OF ACCOUNT

CURRENT CHARGES FOR MATTER:

   File #0376894
   Advice to the SEC in receivership of Zhunrize.

| | | |
|---|---|---|
| Subtotal Fees for Legal Services | $ | 2,797.50 |
| LINE ADJUSTMENT per blended rate agreement | | (910.50) |
| Total Fees for Legal Services | | 1,887.00 |
| Expenses and Other Charges | | 164.85 |
| **TOTAL CHARGES THIS INVOICE** | **$** | **2,051.85** |

| | | |
|---|---|---|
| Statement Total Including Balance Forward | $ | 23,308.35 |

---

**PAYMENT INSTRUCTIONS**

| **Check Payment Instructions:** | **ACH Payment Instructions:** | **Wire Instructions:** |
|---|---|---|
| Bryan Cave LLP | ACH to:  Bank of America | Wire to:  Bank of America |
| P.O. Box 503089 | One Bank of America Plaza | One Bank of America Plaza |
| St. Louis, MO  63150-3089 | St. Louis, MO  63101 | St. Louis, MO  63101 |
| | Routing #081000032 | ABA #0260-0959-3 |
| Please return Remittance Advice with | Account # 100101007976 | Account # 100101007976 |
| payment in the enclosed envelope. | | Swift Codes: |
| | | BOFAUS3N (incoming US wires) |
| | | BOFAUS6S (incoming Non-US wires) |

Please include the Client, Matter, or Invoice Number with all payments.

Michael Fuqua

December 20, 2017
Invoice # 110737671
Client # C083670
Page 2

For Legal Services Rendered Through November 30, 2017

File # 0376894
Advice to the SEC in receivership of Zhunrize.

| 11/01/17 | J. D. Odom | 04 | 0.20 hrs. | 127.00 | Confer regarding claims, claw-backs and other pertinent issues. |
|---|---|---|---|---|---|
| 11/03/17 | E. S. Labelle | 14 | 0.50 hrs. | 282.50 | Telephone conference with M. Fuqua regarding filing obligations; various correspondence regarding same. |
| 11/03/17 | J. D. Odom | 04 | 0.20 hrs. | 127.00 | Review update from T. Choi regarding telephone calls to claimants. |
| 11/07/17 | T. G. Choi | 05 | 0.10 hrs. | 42.50 | Telephone call to claimants regarding verification of addresses. |
| 11/07/17 | A. W. Ferebee | 04 | 0.20 hrs. | 99.00 | Various administrative tasks regarding recovery of fraudulently-transferred funds. |
| 11/08/17 | T. G. Choi | 05 | 0.20 hrs. | 85.00 | Communicate with claimants regarding issues with addresses. |
| 11/13/17 | J. D. Odom | 04 | 0.30 hrs. | 190.50 | Review correspondence from M. Fuqua regarding task items; confer with A. W. Ferebee regarding same. |
| 11/13/17 | A. W. Ferebee | 04 | 0.40 hrs. | 198.00 | Prepare form letter for final demand to profiting investors. |
| 11/14/17 | E. S. Labelle | 14 | 0.30 hrs. | 169.50 | Correspond with client regarding filing amended returns for corporation and the receivership fund. |
| 11/14/17 | J. D. Odom | 04 | 0.20 hrs. | 127.00 | Check on status of court filings and orders. |
| 11/14/17 | A. W. Ferebee | 04 | 0.90 hrs. | 445.50 | Prepare Receiver's Eleventh Fee Application. |
| 11/16/17 | J. D. Odom | 04 | 0.30 hrs. | 190.50 | Telephone call with M. Fuqua regarding next steps; confer with A. W. Ferebee. |
| 11/26/17 | J. D. Odom | 04 | 0.50 hrs. | 317.50 | Review correspondence from J. Alloy regarding W. Berger; review correspondence from M. Fuqua regarding same; prepare correspondence to M. Fuqua |

Michael Fuqua

December 20, 2017
Invoice # 110737671
Client # C083670
Page 3

regarding proposed response.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/30/17 | A. W. Ferebee | 04 | 0.80 hrs. | 396.00 | Prepare Receiver's Eleventh Fee Application, continued. |

## TIMEKEEPER SUMMARY OF FEES

| Name | Hours | Rate/Hr | Amount |
|---|---|---|---|
| E. S. Labelle | 0.80 | 565.00 | 452.00 |
| J. D. Odom | 1.70 | 635.00 | 1,079.50 |
| T. G. Choi | 0.30 | 425.00 | 127.50 |
| A. W. Ferebee | 2.30 | 495.00 | 1,138.50 |
| TOTAL | 5.10 | 548.53 | 2,797.50 |

Total Hours                                          5.10

| | | |
|---|---|---|
| Subtotal Fees for Legal Services | $ | 2,797.50 |
| LINE ADJUSTMENT per blended rate agreement | $ | (910.50) |
| Total Fees for Legal Services | $ | 1,887.00 |

## EXPENSES AND OTHER CHARGES

| | | |
|---|---|---|
| 11/02/17 | Filing/Service Fee - Lindsay Services, Inc. dba MLQ Attorney Services - Fee for service of process upon Jeffrey Todd Spencer | 65.00 |
| 11/02/17 | Filing/Service Fee - Lindsay Services, Inc. dba MLQ Attorney Services - MLQ fee - service of process upon Sophie Pan | 94.00 |
| | Copy Charges | 5.85 |
| | Scanning PDF Charges | 0.00 |

| | | |
|---|---|---|
| Total Expenses and Other Charges | $ | 164.85 |

| | | |
|---|---|---|
| TOTAL CHARGES FOR THIS INVOICE | $ | 2,051.85 |

# BRYAN CAVE

**BRYAN CAVE LLP**  ATLANTA  BOULDER  CHARLOTTE  CHICAGO  COLORADO SPRINGS  DALLAS  DENVER  FRANKFURT  HAMBURG  IRVINE  JEFFERSON CITY
KANSAS CITY  LOS ANGELES  MIAMI  NEW YORK  PARIS  PHOENIX  SAN FRANCISCO  SHANGHAI  ST. LOUIS  WASHINGTON, D.C.

EMPLOYER IDENTIFICATION NUMBER: 43-0602162

Michael Fuqua                                              December 20, 2017
c/o Glassratner Advisory & Capital Group LLC               Invoice # 110737671
3424 Peachtree Road                                        Client # C083670
Suite 205                                                  Matter # 0376894
Atlanta, GA 30326

## REMITTANCE ADVICE

### CURRENT CHARGES

| | | |
|---|---|---|
| Subtotal Fees for Legal Services | $ | 2,797.50 |
| LINE ADJUSTMENT per blended rate agreement | $ | (910.50) |
| Total Fees for Legal Services | $ | 1,887.00 |
| Expenses and Other Charges | $ | 164.85 |

| **TOTAL CHARGES THIS INVOICE** | **$** | **2,051.85** |
|---|---|---|

**PAYMENT INSTRUCTIONS**

**Check Payment Instructions:**
Bryan Cave LLP
P.O. Box 503089
St. Louis, MO  63150-3089

Please return Remittance Advice with
payment in the enclosed envelope.

**ACH Payment Instructions:**
ACH to:     Bank of America
            One Bank of America Plaza
            St. Louis, MO  63101
            Routing #081000032
            Account # 100101007976

**Wire Instructions:**
Wire to:    Bank of America
            One Bank of America Plaza
            St. Louis, MO  63101
            ABA #0260-0959-3
            Account # 100101007976
Swift Codes:
            BOFAUS3N (incoming US wires)
            BOFAUS6S (incoming Non-US wires)

**Please include the Client, Matter, or Invoice Number with all payments.**

# BRYAN CAVE

**BRYAN CAVE LLP** ATLANTA BOULDER CHARLOTTE CHICAGO COLORADO SPRINGS DALLAS DENVER FRANKFURT HAMBURG IRVINE JEFFERSON CITY
KANSAS CITY LOS ANGELES MIAMI NEW YORK PARIS PHOENIX SAN FRANCISCO SHANGHAI ST. LOUIS WASHINGTON, D.C.

EMPLOYER IDENTIFICATION NUMBER: 43-0602162

## SUMMARY OF TIME BILL BY TASK AND ACTIVITY

Michael Fuqua

0376894        Advice to the SEC in receivership of Zhunrize.

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| **Task 04** |  | **Case Administration** |  |  |
|  |  |  | 4.00 | 2,218.00 |
|  | **TOTAL** | **TASK 04** | **4.00** | **2,218.00** |
| **Task 05** |  | **Claims Administration and Objections** |  |  |
|  |  |  | 0.30 | 127.50 |
|  | **TOTAL** | **TASK 05** | **0.30** | **127.50** |
| **Task 14** |  | **Tax Issues** |  |  |
|  |  |  | 0.80 | 452.00 |
|  | **TOTAL** | **TASK 14** | **0.80** | **452.00** |

# BRYAN CAVE

**BRYAN CAVE LLP** ATLANTA BOULDER CHARLOTTE CHICAGO COLORADO SPRINGS DALLAS DENVER FRANKFURT HAMBURG IRVINE JEFFERSON CITY
KANSAS CITY LOS ANGELES MIAMI NEW YORK PARIS PHOENIX SAN FRANCISCO SHANGHAI ST. LOUIS WASHINGTON, D.C.

EMPLOYER IDENTIFICATION NUMBER: 43-0602162

## BILLING SUMMARY

C083670    Michael Fuqua

0376894    Advice to the SEC in receivership of Zhunrize.

|  | **Current** | **Year To Date** | **Inception To Date** |
|---|---|---|---|
| Fees | 1,887.00 | 57,593.00 | 246,527.00 |
| Disbursements | 164.85 | 2,330.22 | 15,916.09 |
| Total Billed | 2,051.85 | 59,923.22 | 262,443.09 |

# BRYAN CAVE

**BRYAN CAVE LLP**  ATLANTA  BOULDER  CHARLOTTE  CHICAGO  COLORADO SPRINGS  DALLAS  DENVER  FRANKFURT  HAMBURG  IRVINE  JEFFERSON CITY
KANSAS CITY  LOS ANGELES  MIAMI  NEW YORK  PARIS  PHOENIX  SAN FRANCISCO  SHANGHAI  ST. LOUIS  WASHINGTON, D.C.

EMPLOYER IDENTIFICATION NUMBER: 43-0602162

Michael Fuqua
c/o Glassratner Advisory & Capital Group LLC
3424 Peachtree Road
Suite 205
Atlanta, GA 30326

January 29, 2018
Invoice # 110745514
Client # C083670

Payment is due upon Receipt

## STATEMENT OF ACCOUNT

CURRENT CHARGES FOR MATTER:

File #0376894
Advice to the SEC in receivership of Zhunrize.

| | | |
|---|---|---|
| Subtotal Fees for Legal Services | $ | 6,878.50 |
| LINE ADJUSTMENT per blended rate agreement | | (2,401.50) |
| Total Fees for Legal Services | | 4,477.00 |
| Expenses and Other Charges | | 857.15 |
| **TOTAL CHARGES THIS INVOICE** | **$** | **5,334.15** |

Statement Total Including Balance Forward                    $       28,642.50

**PAYMENT INSTRUCTIONS**

**Check Payment Instructions:**
Bryan Cave LLP
P.O. Box 503089
St. Louis, MO  63150-3089

Please return Remittance Advice with
payment in the enclosed envelope.

**ACH Payment Instructions:**
ACH to:     Bank of America
            One Bank of America Plaza
            St. Louis, MO  63101
            Routing #081000032
            Account # 100101007976

**Wire Instructions:**
Wire to:     Bank of America
            One Bank of America Plaza
            St. Louis, MO  63101
            ABA #0260-0959-3
            Account # 100101007976
Swift Codes:
            BOFAUS3N (incoming US wires)
            BOFAUS6S (incoming Non-US wires)

**Please include the Client, Matter, or Invoice Number with all payments.**

Michael Fuqua

January 29, 2018
Invoice # 110745514
Client # C083670
Page 2

For Legal Services Rendered Through December 31, 2017

      File # 0376894
      Advice to the SEC in receivership of Zhunrize.

| | | | | | |
|---|---|---|---|---|---|
| 12/05/17 | J. D. Odom | 04 | 1.20 hrs. | 762.00 | Conference call with M. Fuqua regarding task items; telephone call with A. W. Ferebee; telephone call to J. Alloy regarding proposal; revise final demand for claw-backs from profiting investors. |
| 12/05/17 | T. G. Choi | 05 | 0.20 hrs. | 85.00 | Confer with claimant regarding incorrect spelling of name on check. |
| 12/05/17 | A. W. Ferebee | 04 | 0.50 hrs. | 247.50 | Conference with Receiver and team to discuss open items. |
| 12/06/17 | J. D. Odom | 04 | 0.20 hrs. | 127.00 | Review updates from T. Choi regarding attempts to reach claimants regarding claims checks; confer with M. Fuqua regarding same. |
| 12/06/17 | A. W. Ferebee | 04 | 0.70 hrs. | 346.50 | Prepare and send follow-up demand letter to profiting investors. |
| 12/07/17 | J. D. Odom | 04 | 0.80 hrs. | 508.00 | Review additional update from T. Choi regarding claimant's check; confer with M. Fuqua regarding same; confer with A. W. Ferebee regarding demand letters; review correspondence from T. Yung's counsel regarding demand. |
| 12/07/17 | A. W. Ferebee | 04 | 0.60 hrs. | 297.00 | Review correspondence from recipient of demand letter and revise letter. |
| 12/08/17 | J. D. Odom | 04 | 0.40 hrs. | 254.00 | Confer regarding demand letters to profiting investors and other task items. |
| 12/08/17 | A. W. Ferebee | 04 | 0.40 hrs. | 198.00 | Complete revised follow-up demand letter to profiting investors. |
| 12/11/17 | J. D. Odom | 04 | 0.30 hrs. | 190.50 | Confer regarding claw-back claims; telephone call from profiting investor regarding demand letter. |
| 12/11/17 | A. W. Ferebee | 04 | 1.40 hrs. | 693.00 | Follow up with recipients of |

Michael Fuqua

January 29, 2018
Invoice # 110745514
Client # C083670
Page 3

| | | | | | |
|---|---|---|---|---|---|
| | | | | | demand letter for return of fraudulently-transferred funds. |
| 12/12/17 | J. D. Odom | 04 | 0.30 hrs. | 190.50 | Confer regarding status of settlement negotiations with various parties and the clawback claims. |
| 12/12/17 | A. W. Ferebee | 04 | 0.10 hrs. | 49.50 | Review order granting Receiver's Eleventh Fee Application. |
| 12/13/17 | J. D. Odom | 04 | 0.20 hrs. | 127.00 | Confer regarding status of various task items; review update regarding check fraud and contacting claimant. |
| 12/13/17 | T. G. Choi | 05 | 0.10 hrs. | 42.50 | Contact claimant regarding issue with incorrect name on check. |
| 12/14/17 | A. W. Ferebee | 04 | 0.10 hrs. | 49.50 | Leave voice message for opposing counsel regarding settlement. |
| 12/15/17 | A. W. Ferebee | 04 | 0.10 hrs. | 49.50 | Schedule meeting with opposing counsel regarding claims and settlement. |
| 12/18/17 | J. D. Odom | 04 | 0.70 hrs. | 444.50 | Review settlement offer and confer with M. Fuqua. |
| 12/19/17 | J. D. Odom | 04 | 0.80 hrs. | 508.00 | Confer with A. W. Ferebee regarding settlement discussions and meeting with counsel; confer regarding settlement counter-offer regarding clawback claim and response. |
| 12/19/17 | A. W. Ferebee | 04 | 0.30 hrs. | 148.50 | Conference with opposing counsel regarding fraudulent-transfer case. |
| 12/20/17 | J. D. Odom | 04 | 0.40 hrs. | 254.00 | Review and revise correspondence regarding settlement negotiations and terms. |
| 12/20/17 | A. W. Ferebee | 04 | 1.00 hrs. | 495.00 | Prepare correspondence to counsel for defendant regarding extension and settlement. |
| 12/22/17 | J. D. Odom | 04 | 1.20 hrs. | 762.00 | Multiple telephone calls with payor regarding payment of clawback claims; telephone call with A. W. Ferebee to confirm amount for the check; telephone calls with M. Fuqua regarding same. |
| 12/22/17 | A. W. Ferebee | 04 | 0.10 hrs. | 49.50 | Conference with J. D. Odom regarding payment from profiting investor. |

Michael Fuqua

January 29, 2018
Invoice # 110745514
Client # C083670
Page 4

### TIMEKEEPER SUMMARY OF FEES

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| J. D. Odom | 6.50 | 635.00 | 4,127.50 |
| T. G. Choi | 0.30 | 425.00 | 127.50 |
| A. W. Ferebee | 5.30 | 495.00 | 2,623.50 |
| TOTAL | 12.10 | 568.47 | 6,878.50 |

| | |
|---|---|
| Total Hours | 12.10 |

| | | |
|---|---|---|
| Subtotal Fees for Legal Services | $ | 6,878.50 |
| LINE ADJUSTMENT per blended rate agreement | $ | (2,401.50) |
| | | |
| Total Fees for Legal Services | $ | 4,477.00 |

Michael Fuqua

January 29, 2018
Invoice # 110745514
Client # C083670
Page 5

## EXPENSES AND OTHER CHARGES

| | | |
|---|---|---|
| 12/14/17 | FedEx: bryan cave, INFORMATION NOT SUPPLIED, 120 1 w peachtree st nw, ATLANTA, GA - 12/09/2017, F edEx Inv #: 602527838 | 11.09 |
| 12/14/17 | FedEx: JENNIFER DEVINE ODOM, BRYAN CAVE LLP, 120 1 W PEACHTREESTREET ST N W, ATLANTA, GA - 12/07/2017, FedEx Inv #: 602527838 | 11.09 |
| 12/14/17 | FedEx: bryan cave, INFORMATION NOT SUPPLIED, 120 4 w peachtree st nw, ATLANTA, GA - 12/09/2017, F edEx Inv #: 602527838 | 11.09 |
| 12/14/17 | FedEx: Hae Soo Kim, U&I LLC Pro Shoes, 520 N BRO OKHURST ST STE 222, ANAHEIM, CA - 12/06/2017, Fe dEx Inv #: 602527838 | 14.37 |
| 12/14/17 | FedEx: Hae Soo Kim, U&I LLC Pro Shoes, 520 N BRO OKHURST ST STE 222, ANAHEIM, CA - 12/08/2017, Fe dEx Inv #: 602527838 | 14.37 |
| 12/14/17 | FedEx: Cameron M  McCord, Esq, Jones & Walden L LC, 21 8TH ST NE, ATLANTA, GA - 12/06/2017, FedE x Inv #: 602527838 | 14.37 |
| 12/14/17 | FedEx: Xiaoyan Zhang, Fuda Global Inc, 4625 POCO  CT, CUMMING, GA - 12/08/2017, FedEx Inv #: 6025 27838 | 18.41 |
| 12/14/17 | FedEx: Myong Hee Choe, Myong Choe, 2851 ROLLING HILLS DR SPC 102, FULLERTON, CA - 12/08/2017, Fe dEx Inv #: 602527838 | 18.41 |
| 12/14/17 | FedEx: Tony Dam, INFORMATION NOT SUPPLIED, 18314 THICKET GROVE RD, HOUSTON, TX - 12/08/2017, Fed Ex Inv #: 602527838 | 18.41 |
| 12/14/17 | FedEx: Nicole Tran, INFORMATION NOT SUPPLIED, 18 314 THICKET GROVE RD, HOUSTON, TX - 12/06/2017, FedEx Inv #: 602527838 | 18.41 |
| 12/14/17 | FedEx: Myong Hee Choe, Myong Choe, 2851 ROLLING HILLS DR SPC 102, FULLERTON, CA - 12/06/2017, Fe dEx Inv #: 602527838 | 18.41 |
| 12/14/17 | FedEx: Xiaoyan  Zhang, Fuda Global Inc, 4625 POC O CT, CUMMING, GA - 12/06/2017, FedEx Inv #: 602 527838 | 18.41 |
| 12/14/17 | FedEx: Young Kang, INFORMATION NOT SUPPLIED, 139 12 GOTHIC DR, CENTREVILLE, VA - 12/08/2017, FedE x Inv #: 602527838 | 18.41 |
| 12/14/17 | FedEx: Guohuan Han, Chengxiu Han, 11210 DONNINGT ON DR, DULUTH, GA - 12/08/2017, FedEx Inv #: 602 527838 | 18.41 |
| 12/14/17 | FedEx: Myong Hee Choe, Myong Choe, 17414 VIERRA AVE, CERRITOS, CA - 12/08/2017, FedEx Inv #: 602 527838 | 18.41 |
| 12/14/17 | FedEx: Globalink Group Inc, INFORMATION NOT SUPP LIED, 8003 CHANUTE PL APT 16, FALLS CHURCH, VA - 12/06/2017, FedEx Inv #: 602527838 | 18.41 |
| 12/14/17 | FedEx: Young Kang, INFORMATION NOT SUPPLIED, 450 3 ARNIEL PL, FAIRFAX, VA - 12/06/2017, FedEx Inv  #: 602527838 | 18.41 |

Michael Fuqua

January 29, 2018
Invoice # 110745514
Client # C083670
Page 6

| | | |
|---|---|---|
| 12/14/17 | FedEx: Hae Soo Kim, U&I LLC Pro Shoes, 1501 S BE ACH BLVD APT F601, LA HABRA, CA - 12/06/2017, Fe dEx Inv #: 602527838 | 18.41 |
| 12/14/17 | FedEx: Hae Soo Kim, U&I LLC Pro Shoes, 1501 S BE ACH BLVD APT F601, LA HABRA, CA - 12/08/2017, Fe dEx Inv #: 602527838 | 18.41 |
| 12/14/17 | FedEx: Young Kang, INFORMATION NOT SUPPLIED, 450 3 ARNIEL PL, FAIRFAX, VA - 12/08/2017, FedEx Inv  #: 602527838 | 18.41 |
| 12/14/17 | FedEx: Nicole Tran, INFORMATION NOT SUPPLIED, 18 314 THICKET GROVE RD, HOUSTON, TX - 12/08/2017, FedEx Inv #: 602527838 | 18.41 |
| 12/14/17 | FedEx: Income Success, INFORMATION NOT SUPPLIED, 8450 SW 167TH TER, MIAMI, FL - 12/08/2017, FedE x Inv #: 602527838 | 18.41 |
| 12/14/17 | FedEx: Ashlyn Zhao, INFORMATION NOT SUPPLIED, 19 25 BATSON AVE APT 67, ROWLAND HEIGHTS, CA - 12/0 8/2017, FedEx Inv #: 602527838 | 18.41 |
| 12/14/17 | FedEx: Tomas Perez, Topearners, 16507 WILTON PL, TORRANCE, CA - 12/06/2017, FedEx Inv #: 6025278 38 | 18.41 |
| 12/14/17 | FedEx: Myong Hee Choe, Myong Choe, 17414 VIERRA AVE, CERRITOS, CA - 12/06/2017, FedEx Inv #: 602 527838 | 18.41 |
| 12/14/17 | FedEx: Guohuan Han, Chengxiu Han, 11210 DONNINGT ON DR, DULUTH, GA - 12/06/2017, FedEx Inv #: 602 527838 | 18.41 |
| 12/14/17 | FedEx: Guohuan Han, Chengxiu Han, 11450 DONNINGT ON DR, DULUTH, GA - 12/06/2017, FedEx Inv #: 602 527838 | 18.41 |
| 12/14/17 | FedEx: Tomas Perez, Topearners, 205 ALICANTE AIS LE, IRVINE, CA - 12/08/2017, FedEx Inv #: 602527 838 | 18.41 |
| 12/14/17 | FedEx: Globalink Group Inc, INFORMATION NOT SUPP LIED, 8003 CHANUTE PL APT 16, FALLS CHURCH, VA - 12/08/2017, FedEx Inv #: 602527838 | 18.41 |
| 12/14/17 | FedEx: Guohuan Han, Chengxiu Han, 11450 DONNINGT ON DR, DULUTH, GA - 12/08/2017, FedEx Inv #: 602 527838 | 18.41 |
| 12/14/17 | FedEx: Guohuan  Han, Chengxiu Han, 505 GUILDHALL  PL, ALPHARETTA, GA - 12/08/2017, FedEx Inv #: 6 02527838 | 18.41 |
| 12/14/17 | FedEx: Sang Yong Kim, Coco21 Inc, 13912 GOTHIC D R, CENTREVILLE, VA - 12/08/2017, FedEx Inv #: 60 2527838 | 18.41 |
| 12/14/17 | FedEx: Guohuan Han, Chengxiu Han, 505 GUILDHALL PL, ALPHARETTA, GA - 12/06/2017, FedEx Inv #: 60 2527838 | 18.41 |
| 12/14/17 | FedEx: Tony Dam, INFORMATION NOT SUPPLIED, 18314 THICKET GROVE RD, HOUSTON, TX - 12/06/2017, Fed Ex Inv #: 602527838 | 18.41 |
| 12/14/17 | FedEx: Young Kang, INFORMATION NOT SUPPLIED, 139 12 GOTHIC DR, CENTREVILLE, VA - 12/06/2017, FedE x Inv #: 602527838 | 18.41 |
| 12/14/17 | FedEx: Sang Yong Kim, Coco21 Inc, 13912 GOTHIC D R, CENTREVILLE, VA - 12/06/2017, FedEx Inv #: 60 2527838 | 18.41 |
| 12/14/17 | FedEx: Income Success Inc, INFORMATION NOT SUPPL IED, | 18.41 |

Michael Fuqua

January 29, 2018
Invoice # 110745514
Client # C083670
Page 7

|  |  |  |
|---|---|---|
|  | 8450 SW 167TH TER, MIAMI, FL - 12/06/2017, FedEx Inv #: 602527838 |  |
| 12/14/17 | FedEx: Ashlyn Zhao, INFORMATION NOT SUPPLIED, 19 25 BATSON AVE APT 67, ROWLAND HEIGHTS, CA - 12/0 6/2017, FedEx Inv #: 602527838 | 18.41 |
| 12/14/17 | FedEx: Tomas Perez, Topearners, 205 ALICANTE AIS LE, IRVINE, CA - 12/06/2017, FedEx Inv #: 602527 838 | 18.41 |
| 12/14/17 | FedEx: Globalink Group Inc, INFORMATION NOT SUPP LIED, 4002 BOWNE ST, FLUSHING, NY - 12/06/2017, FedEx Inv #: 602527838 | 18.87 |
| 12/14/17 | FedEx: Globalink Group Inc, INFORMATION NOT SUPP LIED, 4002 BOWNE ST, FLUSHING, NY - 12/08/2017, FedEx Inv #: 602527838 | 18.87 |
| 12/14/17 | FedEx: Bryan Cave LLP, Bryan Cave LLP, 1201 W  P eachtree St N W, ATLANTA, GA - 12/09/2017, FedE x Inv #: 602527838 | 27.89 |
| 12/21/17 | FedEx: JENNIFER DEVINE ODOM, BRYAN CAVE LLP, 120 1 W PEACHTREE ST NW, ATLANTA, GA - 12/11/2017, F edEx Inv #: 603198136 | 11.09 |
| 12/21/17 | FedEx: JENNIFER DEVINE ODOM, BRYAN CAVE LLP, 120 1 W PEACHTREE ST NW, ATLANTA, GA - 12/13/2017, F edEx Inv #: 603198136 | 11.09 |
| 12/21/17 | FedEx: Jennifer Devine Odom, Bryan Cave LLP, 120 1 W Peachtree St  N W, ATLANTA, GA - 12/12/2017 , FedEx Inv #: 603198136 | 11.09 |
| 12/21/17 | FedEx: Sophie Pan, INFORMATION NOT SUPPLIED, 100 GLENRIDGE POINT PKWY STE 1, ATLANTA, GA - 12/06 /2017, FedEx Inv #: 603198136 | 14.37 |
| 12/28/17 | FedEx: H  Grady Thrasher, IV, Esq, THRASHER WORT H LLC, 5 CONCOURSE PKWY STE 3200, ATLANTA, GA - 12/20/2017, FedEx Inv #: 603963433 | 14.37 |
|  | Copy Charges | 45.60 |
|  | Scanning PDF Charges | 0.00 |

|  |  |  |
|---|---|---|
| Total Expenses and Other Charges | $ | 857.15 |

|  |  |  |
|---|---|---|
| TOTAL CHARGES FOR THIS INVOICE | $ | 5,334.15 |

# BRYAN CAVE

**BRYAN CAVE LLP**  ATLANTA  BOULDER  CHARLOTTE  CHICAGO  COLORADO SPRINGS  DALLAS  DENVER  FRANKFURT  HAMBURG  IRVINE  JEFFERSON CITY
KANSAS CITY  LOS ANGELES  MIAMI  NEW YORK  PARIS  PHOENIX  SAN FRANCISCO  SHANGHAI  ST. LOUIS  WASHINGTON, D.C.

EMPLOYER IDENTIFICATION NUMBER: 43-0602162

Michael Fuqua
c/o Glassratner Advisory & Capital Group LLC
3424 Peachtree Road
Suite 205
Atlanta, GA 30326

January 29, 2018
Invoice # 110745514
Client # C083670
Matter # 0376894

## REMITTANCE ADVICE

### CURRENT CHARGES

| | | |
|---|---|---|
| Subtotal Fees for Legal Services | $ | 6,878.50 |
| LINE ADJUSTMENT per blended rate agreement | $ | (2,401.50) |
| Total Fees for Legal Services | $ | 4,477.00 |
| Expenses and Other Charges | $ | 857.15 |

| **TOTAL CHARGES THIS INVOICE** | **$** | **5,334.15** |
|---|---|---|

**PAYMENT INSTRUCTIONS**

**Check Payment Instructions:**
Bryan Cave LLP
P.O. Box 503089
St. Louis, MO  63150-3089

Please return Remittance Advice with
payment in the enclosed envelope.

**ACH Payment Instructions:**
ACH to:   Bank of America
One Bank of America Plaza
St. Louis, MO  63101
Routing #081000032
Account # 100101007976

**Wire Instructions:**
Wire to:   Bank of America
One Bank of America Plaza
St. Louis, MO  63101
ABA #0260-0959-3
Account # 100101007976
Swift Codes:
BOFAUS3N (incoming US wires)
BOFAUS6S (incoming Non-US wires)

**Please include the Client, Matter, or Invoice Number with all payments.**

BRYAN CAVE

**BRYAN CAVE LLP**  ATLANTA  BOULDER  CHARLOTTE  CHICAGO  COLORADO SPRINGS  DALLAS  DENVER  FRANKFURT  HAMBURG  IRVINE  JEFFERSON CITY
KANSAS CITY  LOS ANGELES  MIAMI  NEW YORK  PARIS  PHOENIX  SAN FRANCISCO  SHANGHAI  ST. LOUIS  WASHINGTON, D.C.

EMPLOYER IDENTIFICATION NUMBER: 43-0602162

## SUMMARY OF TIME BILL BY TASK AND ACTIVITY

Michael Fuqua

0376894        Advice to the SEC in receivership of Zhunrize.

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| **Task   04** |  | **Case Administration** |  |  |
|  |  |  | 11.80 | 6,751.00 |
|  | **TOTAL** | **TASK 04** | **11.80** | **6,751.00** |
|  |  |  |  |  |
| **Task   05** |  | **Claims Administration and Objections** |  |  |
|  |  |  | 0.30 | 127.50 |
|  | **TOTAL** | **TASK 05** | **0.30** | **127.50** |

# BRYAN CAVE

**BRYAN CAVE LLP**  ATLANTA  BOULDER  CHARLOTTE  CHICAGO  COLORADO SPRINGS  DALLAS  DENVER  FRANKFURT  HAMBURG  IRVINE  JEFFERSON CITY
KANSAS CITY  LOS ANGELES  MIAMI  NEW YORK  PARIS  PHOENIX  SAN FRANCISCO  SHANGHAI  ST. LOUIS  WASHINGTON, D.C.

EMPLOYER IDENTIFICATION NUMBER: 43-0602162

## BILLING SUMMARY

C083670      Michael Fuqua

0376894      Advice to the SEC in receivership of Zhunrize.

|  | **Current** | **Year To Date** | **Inception To Date** |
|---|---|---|---|
| Fees | 4,477.00 | 6,364.00 | 251,004.00 |
| Disbursements | 857.15 | 1,022.00 | 16,773.24 |
| Total Billed | 5,334.15 | 7,386.00 | 267,777.24 |